1 | JOHN L. BURRIS, ESQ. SB #69888
2 | BENJAMIN NISENBAUM, ESQ. SB #222173
   | LAW OFFICES OF JOHN L. BURRIS
3 | Airport Corporate Centre
   | 7677 Oakport St., Suite 1120
4 | Oakland, CA 94621
5 | (510) 839-5200
   | (510) 839-3882 fax
6 |
7 | Attorneys for Plaintiffs
8 |
9 |                UNITED STATES DISTRICT COURT
10 |               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEOCAMPO, et al., | Case No.: 07-01348 LEW-EFB |
| Plaintiffs, | SUMMONS RETURNED EXECUTED |
| v. | SERVED: CITY OF VALLEJO |
| | FOR CITY OF SAN PABLO |
| CITY OF VALLEJO; ROBERT NICHELINI, Chief Of Police; Officer G. Markus; Officer T. Nichols; Officer J. Potts, and DOES 1-20 Inclusive, | |
| Defendants. | PROOF OF SERVICE |

AO 440 (Rev. ...)

07-01348 LEW-EFB

De Ocampo v. City of Vallejo    City of Vallejo

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me

DATE: July 12, 2007

Name of SERVER: Ted Thrower

TITLE: Process Server

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: Office of the City Clerk @ 2:50pm
Juni M. Brito
555 Santa Clara Ave.
Vallejo, CA 94590

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $4 (bridge fee) | $55 | $59 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 12, 2007
                    Date

Signature of Server

Address of Server: 842 46th St., Oakland, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.