JOHN L. BURRIS, ESQ. SB #69888
BENJAMIN NISENBAUM, ESQ. SB #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport St., Suite 1120
Oakland, CA 94621
(510) 839-5200
(510) 839-3882 fax

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEOCAMPO, et al., | Case No.: 07-01348 LEW-EFB |
| Plaintiffs, | SUMMONS RETURNED EXECUTED |
| v. | SERVED: CHIEF ROBERT NICHELINI |
| CITY OF VALLEJO; ROBERT NICHELINI, Chief Of Police; Officer G. Markus; Officer T. Nichols; Officer J. Potts, and DOES 1-20 Inclusive, | |
| Defendants. | PROOF OF SERVICE |

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE: July 12, 2007 |
| NAME OF SERVER (PRINT): Ted Thrower | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Vallejo Police Department, 111 Amador Street, Vallejo, CA 94590

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Officer Nicholas Weiss #2083 @ 3:25pm

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | $35 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 12, 2007

Signature of Server

Address of Server: 842 46th Street, Oakland