```
1  JOHN L. BURRIS, ESQ. SB #69888
2  BENJAMIN NISENBAUM, ESQ. SB #222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA 94621
   (510) 839-5200
5  (510) 839-3882 fax
6
   Attorneys for Plaintiffs
7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DEOCAMPO, et al.,<br><br>      Plaintiffs,<br>v.<br><br>CITY OF VALLEJO; ROBERT NICHELINI, Chief Of Police; Officer G. Markus; Officer T. Nichols; Officer J. Potts, and DOES 1-20 Inclusive,<br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 07-01348 LEW-EFB<br><br>SUMMONS RETURNED EXECUTED SERVED: OFFICER G. MARKUS FOR CITY OF SAN PABLO<br><br>PROOF OF SERVICE |
|---|---|---|

AO 440 (Rev. 8/01) Summons in a Civil Action

Officer G. Marcus   07-01348
De Ocampo v. City of Vallejo   LEW-EFB

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: July 12, 2007

Name of SERVER: Ted Thrower

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: @ 3:25pm Officer Nicholas Weiss #2083 111 Amador St. Vallejo, CA 94590

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

Signature of Server: [signature]

Address of Server: 842 46th St., Oakland, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure