1  JOHN L. BURRIS, ESQ. SB #69888
2  BENJAMIN NISENBAUM, ESQ. SB #222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA  94621
   (510) 839-5200
5  (510) 839-3882 fax
6
   Attorneys for Plaintiffs
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
11 DEOCAMPO, et al.,                    )   Case No.: 07-01348 LEW-EFB
12                                      )
              Plaintiffs,               )   SUMMONS RETURNED EXECUTED
13      v.                              )   SERVED:  OFFICER J. POTTS
                                        )   FOR CITY OF SAN PABLO
14 CITY OF VALLEJO; ROBERT NICHELINI,Chief)
15 Of Police;Officer G. Markus;Officer T. Nichols; )
   Officer J. Potts, and DOES 1-20 Inclusive, )
16            Defendants.               )   PROOF OF SERVICE
17 _____ )

DeOcampo v. City of Vallejo 07-01348 LEW-EFB

Officer J. Potts

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: July 12, 2007

Name of SERVER: Ted Thrower

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: @ 3:26 pm
Officer Nicholas Weiss #2083
111 Amador Street
Vallejo, CA 94590

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 12, 2007
Date

Signature of Server

Address of Server: 842 46th St., Oakland, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.