1  FREDERICK G. SOLEY
   City Attorney, SBN 100270
2  **ALESIA JONES-MARTIN**
   Assistant City Attorney, SBN 154420
3  **CITY OF VALLEJO,** City Hall
   555 Santa Clara Street, Third Floor
4  P.O. Box 3068
   Vallejo, CA   94590
5  (707) 648-4545   FAX:  (707) 648-4687

6  Attorney for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS, and J. POTTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON DEOCAMPO, | Case No. 2:07-CV-01348-LEW-EFB |
| Plaintiff, | |
| v. | **DEFENDANTS' INITIAL DISCLOSURE STATEMENT** |
| CITY OF VALLEJO; ROBERT NICHELINI; G. MARCUS; T. NICHOLS; J. POTTS; and DOES 1-100, inclusive, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure, Rule 26, the Defendants CITY OF VALLEJO, et al, set for initial disclosures in the above-entitled matter.  Defendants reserve the right to modify, change, and/or supplement each and every disclosure contained herein as further information becomes available, through and up to the end of trial of the above-entitled matter.

**INITIAL DISCLOSURES**

**A.**     **Potential Witnesses**

1.   Officer Tim Nichols
     c/o Vallejo City Attorney's Office
     555 Santa Clara Street
     P.O. Box 3068
     Vallejo, CA 94590

     (707)  648-4545

|   |   |   |
|---|---|---|
| 1 | 2. | Corporal Jason Potts |
| 2 |    | c/o Vallejo City Attorney's Office |
|   |    | 555 Santa Clara Street |
|   |    | P.O. Box 3068 |
| 3 |    | Vallejo, CA 94590 |
| 4 |    | (707) 648-4545 |
| 5 | 3. | Officer George Marcus |
|   |    | c/o Vallejo City Attorney's Office |
| 6 |    | 555 Santa Clara Street |
|   |    | P.O. Box 3068 |
| 7 |    | Vallejo, CA 94590 |
| 8 |    | (707) 648-4545 |
| 9 | 4. | Chief Robert W. Nichelini |
|   |    | c/o Vallejo City Attorney's Office |
| 10|    | 555 Santa Clara Street |
|   |    | P.O. Box 3068 |
| 11|    | Vallejo, CA 94590 |
| 12|    | (707) 648-4545 |

5. Any other relevant witnesses whose names, addresses, and/or telephone numbers are discovered by the parties, either through discovery documents produced, through any investigation conducted by any of the parties. If such witnesses are discovered, Defendants' attorneys will inform Plaintiff of said witnesses names, addresses and telephone numbers.

6. Any and all expert reports the parties decide to have testify this case. When the names, addresses, and telephone numbers of said expert witnesses are ascertained, and when required to produce information regarding them, counsel will meet and confer regarding such discovery and produce such information that is not protected by privileges against disclosure.

**B.     Documents and Tangible Things**

Defendant has no such documents to disclose at this time.

**C.     Damages**

The City of Vallejo Defendants seek no damages at this time.

**D.     Insurance**

The City of Vallejo is self-insured for the two hundred and fifty thousand dollars ($250,000.00) of general liability loss per occurrence. Excess pooled general liability coverage is purchased through the City's membership in the California Joint Powers Risk Management

Authority (CJPRMA).  Excess liability coverage is defined in the Memorandum of Coverage of the CJPRMA.

DATED:  November 9, 2007         /s/ - Alesia Jones-Martin
ALESIA JONES-MARTIN
Assistant City Attorney
Attorney for Defendants,
CITY OF VALLEJO, et al.

Initial