FREDERICK G. SOLEY
City Attorney, SBN 100270
**ALESIA JONES-MARTIN**
Assistant City Attorney, SBN 154420
**CITY OF VALLEJO,** City Hall
555 Santa Clara Street, Third Floor
P.O. Box 3068
Vallejo, CA 94590
(707) 648-4545   FAX: (707) 648-4687

Attorney for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS, and J. POTTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON DEOCAMPO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF VALLEJO; ROBERT NICHELINI; G. MARCUS; T. NICHOLS; J. POTTS; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 2:07-CV-01348-JAM-EFB<br><br>**NOTICE OF AUTOMATIC STAY** |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 362, the above-captioned case or proceeding has been automatically stayed as to the City of Vallejo, California (the "City") by the filing by the City of a bankruptcy petition under chapter 9 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.*, on May 23, 2008, in the United States Bankruptcy Court for the Eastern District of California. The case has been designated Case No. 2008-26813, and is pending before Chief Bankruptcy Judge Michael McManus. The undersigned will notify this Court and all parties upon any modification or termination of the bankruptcy stay.

//

//

1     Attached hereto as Exhibit A is a true and correct copy of the City's chapter 9 petition.

3   DATED: May 28, 2008                   /s/ - Alesia Jones-Martin
                                              ALESIA JONES-MARTIN
                                              Assistant City Attorney
                                              Attorney for Defendants,
                                              CITY OF VALLEJO, et al.