```
 1  FREDERICK G. SOLEY
    City Attorney, SBN 100270
 2  CLAUDIA M. QUINTANA
    Assistant City Attorney, SBN 178613
 3  CITY OF VALLEJO, City Hall
    555 Santa Clara Street, Third Floor
 4  P.O. Box 3068
    Vallejo, CA  94590
 5  (707) 648-4545   FAX: (707) 648-4687

 6  Attorney for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T.
    NICHOLS, and J. POTTS
 7
```

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON DEOCAMPO, | Case No. 2:07-CV-01348-JAM-EFB |
| Plaintiff, | |
| v. | **DESIGNATION OF COUNSEL** |
| CITY OF VALLEJO; ROBERT NICHELINI; G. MARCUS; T. NICHOLS; J. POTTS; and DOES 1-100, inclusive, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS and J. POTTS hereby designates the following attorney as counsel for service in this action:

    CLAUDIA M. QUINTANA (SBN 178613)
    Assistant City Attorney
    City of Vallejo, City Attorney's Office
    555 Santa Clara Street
    Vallejo, CA 94590
    Tel: (707) 648-4545
    Fax: (707) 648-4687
    E-mail: cquintana@ci.vallejo.ca.us

//

//

//

1     The following attorney is no longer counsel of record in this action:

2         ALESIA JONES-MARTIN (SBN 154420)

4   DATED:   August 19, 2008         /s/ - Claudia M. Quintana
                                                             CLAUDIA M. QUINTANA
                                                             Assistant City Attorney
                                                             Attorney for Defendants,
                                                             CITY OF VALLEJO,
                                                             ROBERT NICHELINI,
                                                             G. MARCUS, T. NICHOLS
                                                            and J. POTTS