```
FREDERICK G. SOLEY
City Attorney, SBN 100270
ALAN M. COHEN
Deputy City Attorney, SBN 177662
CITY OF VALLEJO, City Hall
555 Santa Clara Street, Third Floor
P.O. Box 3068
Vallejo, CA   94590
(707) 648-4545   FAX: (707) 648-4687
```

Attorney for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS, and J. POTTS

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON DEOCAMPO,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO; ROBERT NICHELINI; G. MARCUS; T. NICHOLS; J. POTTS; and DOES 1-100, inclusive,<br><br>   Defendants. | Case No. 2:07-CV-01348-JAM-EFB<br><br>**DESIGNATION OF COUNSEL** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS and J. POTTS hereby designates the following attorney as counsel for service in this action:

```
ALAN M. COHEN (SBN 177662)
Deputy City Attorney
City of Vallejo, City Attorney's Office
555 Santa Clara Street
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
E-mail: acohen@ci.vallejo.ca.us
```

//

//

//

1  The following attorney is no longer counsel of record in this action:

2  CLAUDIA M. QUINTANA (SBN 178613)

4  DATED:     February 4, 2009            /s/ - Alan M. Cohen
                                          ALAN M. COHEN
5                                         Deputy City Attorney
                                          Attorney for Defendants,
6                                         CITY OF VALLEJO,
                                          ROBERT NICHELINI,
7                                         G. MARCUS, T. NICHOLS
                                          and J. POTTS