**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**By:     FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS and J. POTTS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON DEOCAMPO, | Case No.  2:07-CV-01348-LEW-EFB |
| Plaintiff, | |
| vs. | **DESIGNATION OF COUNSEL** |
| CITY OF VALLEJO; ROBERT NICHELINI; G. MARCUS; T. NICHOLS; J. POTTS; and DOES 1-100, inclusive, | |
| Defendant. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS and J. POTTS hereby designate the following attorney as counsel for service in this action:

> FURAH Z. FARUQUI (SBN 233083)
> Deputy City Attorney
> City of Vallejo, City Attorney's Office
> 555 Santa Clara Street
> Vallejo, CA 94590
> Tel: (707) 648-4545
> Fax: (707) 648-4687
> E-mail:  ffaruqui@ci.vallejo.ca.us

1  The following attorney is no longer counsel of record in this action:

2  ALAN M. COHEN (SBN 177662)

5  DATED: January 28, 2013                    Respectfully submitted,

7                                             /s/ - Furah Z. Faruqui
                                              FURAH Z. FARUQUI
8                                             Deputy City Attorney
                                              Attorney for Defendants,
9                                             CITY OF VALLEJO, ROBERT NICHELINI,
10                                            G. MARCUS, T. NICHOLS and J. POTTS

Case No.  2:07-CV-01348-LEW-EFB                                    DESIGNATION OF COUNSEL

-2-