**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**By:    FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS and J. POTTS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON DEOCAMPO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS and J. POTTS,<br><br>Defendants. | Case No.  2:07-CV-01348-JAM-EFB<br><br>**DEFENDANTS CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS AND J. POTTS' STATUS REPORT** |

Defendants CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS and J. POTTS (collectively "City Defendants") submit the following status report pursuant to the order of the court dated March 21, 2013.  Defendants attempted to meet and confer to submit a joint status report with Plaintiff's counsel, but never received a response.  As a result, this statement is submitted.

**A.  Factual Allegations and Denials of Liability**

**<u>Plaintiff</u>:** The incident took place on May 31, 2006, in the CITY OF VALLEJO, California.  Plaintiff Jason DeoCampo ("DEOCAMPO") was arrested for resisting a peace officer and being under the influence in the area of Mark and Janice Streets.  Defendant Officers Nichols and Markus handcuffed Plaintiff and conducted a pat-search of Plaintiff upon arrest.

1  The search revealed no contraband in Plaintiff's possession.  Plaintiff alleges that Defendants
2  had no factual basis to believe that Plaintiff was involved in illegal drug activity at the time he
3  was arrested.
4  　　　Thereafter, Plaintiff was transported from the scene of the arrest to the Vallejo Police
5  Department following the pat search conducted by Defendant Officers Marcus and Nichols.
6  Plaintiff was placed alone in a holding cell at the VPD and the handcuffs were removed from
7  Plaintiff.  Subsequently, Defendant Officer Marcus and Nichols ordered Plaintiff to take off his
8  clothes.  Plaintiff objected to the Defendant Officers' command that there was no reason for him
9  to strip naked for the Defendant Officers.  Only the two Defendant Officers and Plaintiffs were
10 in the cell.  At the Officers' command, Plaintiff removed his clothes.  Defendant Officer Marcus
11 ordered Plaintiff to lift his scrotum.  He complied.  Thereafter, Plaintiff was ordered to bend over
12 and cough.  Plaintiff complied.  Throughout the search, no contraband, illegal substance, or any
13 foreign substance was discovered.  Plaintiff alleges that the officers had no reasonable suspicion
14 that Plaintiff possessed either contraband or weapons.
15 　　　As a proximate result of Defendant's conduct, Plaintiff suffered physical, mental and
16 emotional distress, and are entitled to recover damages according to proof.
17 　　　**City Defendants:**  Defendants deny that the strip search of Plaintiff was unreasonable.
18 In the event a claim is stated for unreasonable search of seizure under the Fourth or Fourteenth
19 Amendment, Defendants allege they are entitled to qualified immunity.

**B. Status of Service**

Plaintiffs have served Defendants with the Complaint.

**C. Joinder**

No joinder anticipated at this time.

**D. Amendments to Pleadings**

No amendments to the pleadings anticipated at this time.

**E. Jurisdiction and Venue**

This action arises under Title 42 of the United States Code, Section 1983.  Jurisdiction is conferred upon this Court by Title 42 of the United States Code, Section 1331 and 1343.  The

unlawful acts and practices alleged herein occurred in the CITY OF VALLEJO, County of Solano, California, which is within this judicial district.

### F. Discovery

**Plaintiff:** Discovery can be conducted according to the Federal rules. Defendants plan on taking the depositions of all named officers, at a minimum. Plaintiffs will issue written discovery regarding Plaintiffs' claims and injuries. The named officer's internal affairs histories of related claims will need to be produced by Defendants. Plaintiff also anticipates discovering information about Defendants policies and procedures around arrest and detention.

**City Defendants:** Discovery can be conducted according to the Federal rules. Defendants plan on taking the deposition of Plaintiff, at a minimum. Defendants will issue written discovery regarding Plaintiffs' claims and injuries. Plaintiffs' medical records, if any, will need to be subpoenaed. Discovery should close in approximately 9 months, with expert discovery closing 30 days thereafter. Expert witnesses should be disclosed in approximately 6 months.

### G. Dispositive Motions

Dispositive motions should be filed no later than January 2014.

### H. Special Discovery Methods

Defendants are open to suggestions by Plaintiff as discovery unfolds.

### I. Pretrial Conference

Pretrial Conference can be scheduled April 2014.

### J. Jury Trial

The parties demand a jury trial any time after March 2014. The trial should last 5-7 days, including jury selection.

### K. Special Procedures

No special procedures required.

### L. Pretrial Procedures

Standard pretrial procedures are appropriate for this type of case.

//

**M. Related Cases**

The bankruptcy of the City of Vallejo and subsequent discharge may impact this case.

**N. VDRP**

Defendants decline to participate in VDRP.  However, Defendants may be amenable to mediation after discovery is substantially completed.  A court sponsored settlement conference will be helpful closer to the trial date.  Defendants have no objection to the trial judge acting as the settlement judge.

**O. OTHER ISSUES**

None at this time.

DATED:  April 11, 2013                                Respectfully submitted,


                                                      */s/ Furah Z.* Faruqui
                                                      FURAH Z. FARUQUI
                                                      Deputy City Attorney
                                                      Attorney for Defendants,
                                                      CITY OF VALLEJO, ROBERT NICHELINI,
                                                      G. MARCUS, T. NICHOLS and J. POTTS