**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**By:     FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:  (707) 648-4545 // Fax:  (707) 648-4687

Attorneys for Defendants:
CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS and J. POTTS

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON DEOCAMPO,<br><br>            Plaintiff,<br>    vs.<br><br>CITY OF VALLEJO; ROBERT NICHELINI; G. MARCUS; T. NICHOLS; J. POTTS; and DOES 1-100, inclusive,<br><br>            Defendants. | Case No.  2:07-CV-01348-JAM-EFB<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>**Date:**        October 9, 2013<br>**Time:**        10:00 a.m.<br>**Courtroom:**  8, Hon. Edmund F. Brennan |

**TO PLAINTIFF JASON DEOCAMPO AND HIS ATTORNEY OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on October 9, 2013, at 10:00 a.m., in Courtroom 8, Defendants CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS and J. POTTS ("Defendants"), by and through their attorneys of record, will move this Court for an order compelling responses to the written discovery issued to you on May 22, 2013, and order an order requesting sanctions in the amount of $2,200.00.  Because no responses were provided by Plaintiff, an order to compel is proper.

DATED:  September 6, 2013          Respectfully submitted,

*/s/ - Furah Z. Faruqui*
FURAH Z. FARUQUI
Deputy City Attorney
Attorney for Defendants, CITY OF VALLEJO, et al.

---

Case No.  2:07-CV-01348-JAM-EFB                           NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES

-1-