

City Attorney's Office · 555 Santa Clara Street · Vallejo · CA · 94590 · 707.648.4545

July 23, 2013

<u>VIA FIRST CLASS MAIL & ELECTRONIC MAIL</u>
DeWitt M. Lacy, Esq.
The Law Offices of John L. Burris
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Email: Dewitt.Lacy@Johnburrislaw.com

Re: **DEOCAMPO v. CITY OF VALLEJO, et al.**
**USDC, ED, Sacramento Div, Case No. 2:07-CV-01348-JAM-EFB**
**FRCP 37 Meet & Confer**

Dear Mr. Lacy:

As you know this office represents Defendants City of Vallejo, R. Nichelini, J. Potts, T. Nichols, G. Marcus. My office issued discovery to Plaintiff Jason DeoCampo on May 15, 2013. Specifically, we issued written Interrogatories (FRCP 33) (for each propounding party: R. Nichelini, J. Potts, T. Nichols, G. Marcus) and Request for Production of Documents (FRCP 34) to Plaintiff.

Your clients' verified responses were due on June 26, 2013. As of this date, we have not received any responses or requests for extensions. As a result, all objections are deemed waived pursuant to FRCP 33(b)(4).

**Please provide verified responses to the written discovery propounded on your clients no later than August 2, 2013; otherwise, we will move to compel the discovery responses.**

Mr. DeWitt M. Lacy, Esq.
Re: *DEOCAMPO v. CITY OF VALLEJO, et al.*, Case No. 2:07-CV-01348-JAM-EFB
FRCP 37 Meet & Confer
July 23, 2013
Page 2

---

Thank you for your anticipated cooperation.

Sincerely,

CLAUDIA M. QUINTANA
City Attorney

FURAH Z. FARUQUI
Deputy City Attorney