JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiff JASON DEOCAMPO
and Class-Members

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEOCAMPO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, individually and in his official capacity as Chief of Police for the CITY OF VALLEJO; G. MARCUS, individually and in his capacity as a police officer for the CITY OF VALLEJO; T. NICHOLS, individually and in his capacity as a police officer for the CITY OF VALLEJO; J. POTTS, individually and in his capacity as a police officer for the CITY OF VALLEJO; VALLEJO POLICE OFFICERS DOES 1-100, inclusive,<br><br>　　　　　　Defendants.<br>_____/ | Case No. 2:07-CV-01348-JAM-EFB<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DATES REGARDING DEFENDANTS' MOTION TO COMPEL**<br><br>Date:  October 9, 2013<br>Time:  10:00 a.m.<br>Courtroom 8<br><br>Honorable Edmund F. Brennan |

## STIPULATION

WHEREAS, Defendants have filed a motion to compel and accompanying request for sanctions in this action, to be heard on October 9, 2013;

WHEREAS, The parties have met and conferred, specifically concerning the viability of the instant action in light of the Supreme Court's holding in *Florence v. Board of Chosen Freeholders of*

*County of Burlington* 566 U.S. ___, 132 S.Ct. 1510 (2012) finding Constitutional suspicionless jail strip searches of the same type alleged Plaintiff and potential class-members asserted in their Complaint.

WHEREAS, the parties stipulate that Plaintiff shall have a two week extension to respond to the instant motion, during which time Plaintiff's counsel will attempt to confer with Plaintiff regarding the viability of the instant matter, making Plaintiff's Opposition to Defendants' instant motion due to be filed on October 9, 2013.

WHEREAS, the parties stipulate that the hearing of the instant discovery matter be continued by two weeks to October 23, 2013 at 10:00 a.m., if the matter is not resolved in the interim.

WHEREAS, the parties stipulate that fact discovery cutoff will be extended by two weeks if the matter is not resolved in the interim.

Dated:  9/25/13                                      Law Offices of John L. Burris

/s/*Benjamin Nisenbaum*_____
Ben Nisenbaum
Attorney for Plaintiff DEOCAMPO
and class members

Dated:  9/25/13                                      Vallejo City Attorney's Office

/s/*Furah Z. Faruqui*_____
Furah Z. Faruqui
Deputy City Attorney
Attorney for Defendants
CITY OF VALLEJO, ROBERT NICHELINI
G. MARCUS, T. NICHOLS, and J. POTTS

## (PROPOSED) ORDER

PURSUANT TO STIPULATION, GOOD CAUSE SHOWN, Defendants' instant discovery hearing is hereby continued by two weeks to October 23, 2013.  Plaintiff's response to Defendants' motion is due no later than October 9, 2013.

**IT IS SO ORDERED.**

DATED:_____          _____
                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE