CLAUDIA M. QUINTANA
City Attorney, SBN 178613
**By:** FURAH Z. FARUQUI
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS and J. POTTS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON DEOCAMPO,<br><br>Plaintiff,<br>vs.<br><br>CITY OF VALLEJO; ROBERT NICHELINI; G. MARCUS; T. NICHOLS; J. POTTS; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:07-CV-01348-JAM-EFB<br><br>**DEFENDANTS' EXPERT WITNESS DISCLOSURE STATEMENTS [FRCP 26]** |

1. <u>Police Practices Expert</u>

Defendants hereby disclose the expert witness report of the following, which they intend to call as a witness at trial:

Jared Zwickey
1407 Blue Jay Court
Tracy, CA 95376
Cellular: (209) 321-9688

Due to Plaintiff's failure to respond to Defendants discovery requests, Defendants were forced to file a motion to compel; it will be heard on October 30, 2013. As a consequence, Defendants are in a precarious situation at this time because Plaintiff's claims are unclear.

Accordingly, Defendants reserve the right to supplement this expert witness disclosure prior to trial and add expert witnesses who may be needed in order to rebut testimony provided by the other party's expert witnesses.

However, Defendants anticipate that Mr. Zwickey will testify on police practices in investigation, arrest, detention, strip searches, use of force, supervision, training and discipline of officers, including any and all Vallejo Police Department policies, rules, and/or regulations, regarding investigation, arrest, detention, and strip searches, training, and tactics, relevant to the Plaintiff's claims and Defendant's defenses. (See Exhibit A.)

DATED: October 11, 2013          Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　/s/ - *Furah Z. Faruqui*
　　　　　　　　　　　　　　　　　　　　　FURAH Z. FARUQUI
　　　　　　　　　　　　　　　　　　　　　Deputy City Attorney
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　　　CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS and J. POTTS