# EXHIBIT

# A

# JARED L. ZWICKEY

*1407 Blue Jay Court • Tracy, California, 95376 • (209) 835-9159*

## POLICE ACADEMY

1968 Los Medanos Regional Training Facility, Concord, CA

## EDUCATION

DIABLO VALLEY COLLEGE, PLEASANT HILL, CA
*1970, AA Degree, Police Science Major*

GOLDEN GATE UNIVERSITY, SAN FRANCISCO, CA
*1977, BA Degree, Criminal Justice Major*

CALIFORNIA STATE UNIVERSITY, HAYWARD, CA
*1980, 19 Units, Public Administration Major*

POST COMMAND COLLEGE, SAN LUIS OBISPO, CA
*1987, Organizational Leadership Major*

FBI NATIONAL ACADEMY, QUANTICO, VIRGINIA
*1988, Organizational Leadership Major*

UNIVERSITY OF VIRGINIA
*1988, 15 Units, Administration of Justice*



## LAW ENFORCEMENT & TEACHING EXPERIENCE

CITY OF CONCORD

*Police Reserve Officer (1965-1967) (2005-2007)(2007-2009)*
*Police Officer       1967-1977*
*Police Corporal      1977*
*Police Sergeant      1977-1982*
*Police Lieutenant    1982-1991*
*Police Captain       1991-1993*

CITY OF TRACY - *Police Chief, 1993-1997*

CITY OF LODI - *Police Reserve Officer   2005-2007*

CONTRA COSTA COMMUNITY COLLEGE DISTRICT-*Defensive Tactics Instructor, 1974-1993*

COUNTY OF STANISLAUS – *Stanislaus County Sheriff - Reserve Sheriff Deputy, 2007-2009*

YOSEMITE COMMUNITY COLLEGE DISTRICT - *Administration of Justice Instructor*

LOS MEDANOS COMMUNITY COLLEGE DISTRICT - *Administration of Justice Instructor*

SAN JOAQUIN COUNTY DELTA COLLEGE – DIRECTOR OF PUBLIC SAFETY/ADMINISTRATION OF JUSTICE TRAINING PROGRAMS/ASSOCIATE PROFESSOR/POLICE CHIEF- *1997TO 2011*

SAN JOAQUIN DELTA COLLEGE –*Administration of Justice Associate Professor2011-2013*

## POLICE TRAINING

| | |
|---|---|
| 1967 - Civil Defense Emergency Course | 2001 - POST Building Search Techniques-V |
| 1969 - Weaponless Defense Instructor Course | 2001 - POST Jail/Courtroom Searches-V |
| 1970 - K-9 Training Course | 2001 - POST Domestic Violence-V |
| 1971 - CHP Motorcycle Training School | 2002 - POST Instructor Symposium - LA |
| 1972 - Federal Narcotics & Dangerous Drugs | 2002 - POST Legal Update- V |
| 1973 - Polygraph Examiner Course | 2002 - POST Voluntary Instructor Update |
| 1973 - FBI Firearms Instructor Course | 2003 - POST Anti-reproductive Crimes-V |
| 1973 - Executive Development Course | 2003 - POST Case Law Update-V |
| 1974 - Police Self Defense Institute | 2003 - POST Vehicle Theft -V |
| 1975 - Techniques of Teaching | 2003 - POST PC 832 Workshops |
| 1975 - Sergeant Supervisory Training | 2003 - POST Recognizing Terrorism-V |
| 1976 - FBI Basic SWAT Training | 2003 - POST Public Safety Dispatcher-V |
| 1977 - FBI Firearms Instructor Course | 2003 - POST Achieving Training-V |
| 1978 - Baxter School of Lie Detection | 2003 - Crowd Management-V |
| 1978 - Traffic Program Management Institute | 2003 - Civil Disobedience-V |
| 1979 - Police Dog Handlers Course | 2003 - POST Leadership & Supervision-V |
| 1980 - Police Management Course | 2003 - POST 832 Arrest/Control/Firearms |
| 1981 - Police Dog Training | 2003 - POST Use of Chemical Agents (D) |
| 1981 - Supervising Traffic Control | 2004 - POST Basic IA Investigations |
| 1982 - Scent Detection Training | 2004 - POST Case Legal Update (D) |
| 1982 - Basic Traffic Accident Investigation | 2004 - POST Racial Profiling Trainer |
| 1982 - K-9 Training in Europe, Canada | 2004 - Pistol Qualification (832pc) |
| 1983 - K-9 Training in Europe | 2005 - POST Warrant Service/Bld Search (D) |
| 1983 - Side Handle Baton Instructors Course | 2005 - POST Preliminary Investigations (D) |
| 1986 - Records Management Training | 2005 - POST Use of Force (D) |
| 1986 - Property Management Training | 2005 - Gang Members (D) |
| 1986 - Middle Management Training | 2005 - Illegal Street Racing & Sideshow (D) |
| 1987 - Critical Incident Management/Tactics | 2005 - Domestic Violence Update (D) |
| 1987 - California Command College | 2005 - Firearms Seizure and Disposition (D) |
| 1988 - Earthquake Preparedness | 2005 - Case Law Today - April - June (D) |
| 1988 - FBI National Academy | 2005 - Pistol/Long Rifle Qualification |
| 1989 - Police Facility Design & Construction | 2006 - Legal Update (D) |
| 1990 - Vice/Narcotics Commander's Course | 2006 - Case Law Today (D) |
| 1995 - Executive Development Course | 2006 - Terrorism - Suicide Bombers (D) |
| 1995 - OJJDP Gang/Drug Policy Training | 2006 - Case Law Today (D) |
| 1995 - Non Lethal Weapons - Instructor | 2006 - Custodial and Courtroom Security (D) |
| 1997 - POST Monthly Video Training | 2006 - Instructor Development Training |
| 1998 - POST Monthly Video Training | 2006 - Electronic & Projectile Weapons |
| 1998 - POST Basic Academy-Director | 2006 - Shock Knife Instructor Certification |
| 1998 - POST Firearms Training Seminar | 2007 - Legal Update |
| 1998 - POST 1998 Legal Update | 2007 - NIMS & SIMS Mandated Training |
| 1999 - POST 1999 Legal Update | 2008 - LEGAL UPDATE |
| 1999 - POST Monthly Video Training | 2008 - Firearms Training DSS Qualification |
| 1999 - POST Suicide By Cop - V | 2008 - Driver Training Update |
| 1999 - POST Viol in a Workplace -V | 2009 - Perishable Skills Training |
| 2000 - POST Domestic Violence, | 2009 – Diagnostic Training for Firearms |
| POST- Preliminary Investigation Course -V | 2009 - NIMS/SIMS Levels of Training |
| 2000 - POST Instructor Symposium | 2009 – Human Dynamics/Behavioral Science |
| 2000 - POST Monthly Video Training | 2009 – Firearms Scenario Training |
| 2001 - POST Verbal Judo Techniques | 2009 – X26 Taser Recertification Training |
| 2001 - POST Positional Asphyxiation-V | 2009 – Pistol, M-4, LT-Shotgun Qualification |
| 2001 - POST Unmarked Vehicle Ops – V | 2010 – Legal Update & Pistol Qualification |
| 2001 - POST CDL Falsifications-V | 2011 – Legal Update & Pistol Qualification |

## POLICE TRAINING

- 2012 – TELEOSE - Intermediate Search & Seizure – Houston Texas
- 2012 – DCPD Firearms Qualifications
- 2012 – Legal Update
- 2013 – Legal Update
- 2013 – Firearms Qualifications/Use of force

## POST CERTIFICATES:

BASIC, INTERMEDIATE, ADVANCED, SUPERVISION, MANAGEMENT, EXECUTIVE, COMMAND COLLEGE. FIREARMS, DEFENSIVE TACTICS, IMPACT WEAPONS, LESS LETHAL WEAPONS, NARCOTICS & DANGEROUS DRUGS, ADVANCED NARCOTICS & DANGEROUS DRUGS, ACADEMY DIRECTOR, RACIAL PROFILING, ACADEMY INSTRUCTOR OF PERISHABLE SKILLS.

## FIELDS OF EXPERTISE

| | |
|---|---|
| Arrest and Control Techniques | Detentions, Stop & Frisk, Laws of Arrest |
| Defensive Tactics/Field Tactics | Less than Lethal Weapons |
| High and Low Risk Stop Techniques | K-9 Training, Tactics, Program Management |
| SWAT Tactics & Management | Tactical Use of Firearms |
| Critical Scene Management | Law Enforcement Policies and Practices |
| Use of Force/Executive Protection | Property/Evidence Management |
| Impact and Dangerous Weapons | Criminal and Administrative Investigations |
| Riot and Crowd Control | Search Warrants & Consent Searches |
| Tactical Communications | Narcotic Dog Detection, Training |
| Transportation of Prisoners | Law Enforcement Policies and Procedures |
| Restraint Devices | Supervision and Leadership |
| Dealing with the Emotionally Disturbed | Response to Critical Incidents |
| Narcotics and Dangerous Drugs | Traffic Management/Accident Investigation |

## INSTRUCTOR/CONSULTANT EXPERIENCE

CHIEF ZWICKEY HAS BEEN AN INSTRUCTOR IN THE LAW ENFORCEMENT COMMUNITY SINCE 1967. HE HAS INSTRUCTED AT LOS MEDANOS COLLEGE IN PITTSBURG, CA, FROM 1974 TO PRESENT, OHLONE COLLEGE, CALIFORNIA STATE UNIVERSITY LONG BEACH, INSTITUTE OF TECHNOLOGY, MODESTO JR. COLLEGE AND DELTA COLLEGE. CHIEF ZWICKEY PROVIDED K-9 OFFICER SURVIVAL TRAINING TO OFFICERS FROM NUMEROUS LAW ENFORCEMENT AGENCIES AT THE CALIFORNIA INSTITUTE AT SAN LUIS OBISPO. HE IS ALSO A SUBJECT MATTER EXPERT CONSULTANT TO THE COMMISSION ON CALIFORNIA PEACE OFFICER AND TRAINING. HE HAS CONDUCTED TRAINING FOR THE F.B.I., MEMBERS OF THE UNITED STATES ARMED SERVICES AND THE FOLLOWING LAW ENFORCEMENT/GOVERNMENT AGENCIES:

| | |
|---|---|
| FREMONT POLICE DEPARTMENT | RICHMOND POLICE DEPARTMENT |
| UNIVERSITY OF CALIFORNIA POLICE | VACAVILLE POLICE DEPARTMENT |
| BERKELEY POLICE DEPARTMENT | HAYWARD POLICE DEPARTMENT |
| GLENDALE POLICE DEPARTMENT | SAN LEANDRO POLICE DEPARTMENT |
| HUMBOLDT COUNTY SHERIFF'S DEPT. | CONTRA COSTA SHERIFF'S DEPT. |
| LOS ANGELES SHERIFF'S DEPARTMENT | NAPA POLICE DEPARTMENT |
| CSTI FOR OFFICER SURVIVAL | NAPA COUNTY SHERIFF'S DEPT. |
| LOS ANGELES POLICE DEPARTMENT | LODI POLICE DEPARTMENT |
| SAN DIEGO POLICE DEPARTMENT | ANTIOCH POLICE DEPARTMENT |
| EL MONTE POLICE DEPARTMENT | POMONA POLICE DEPARTMENT |
| ROSEVILLE POLICE DEPARTMENT | EL MONTE POLICE DEPARTMENT |
| MODESTO POLICE DEPARTMENT | SUSD POLICE DEPARTMENT |
| SAN FRANCISCO POLICE DEPARTMENT | FEDERAL BUREAU OF INVESTIGATION |

## COURT CERTIFICATION AS AN EXPERT WITNESS

SMITH V. CONTRA COSTA COUNTY -DEADLY FORCE, POLICE POLICIES AND PRACTICES

RAPP/MARIN V. CONTRA COSTA COUNTY - INVESTIGATIVE PROCEDURES, SEARCH WARRANTS

BELL V. CITY OF BERKELEY -DEADLY FORCE, POLICE POLICIES AND PRACTICES

PEOPLE. V. LOBATTO - USE OF FORCE, POLICE POLICIES AND PRACTICES

JONES V. CITY OF BERKELEY - DEADLY FORCE, POLICE POLICIES AND PRACTICES

ARGEE V. CITY OF TIBURON - USE OF FORCE, POLICE POLICIES AND PRACTICES

PEOPLE. V. JOHN DOE - MARIN COUNTY - USE OF FORCE, CORRECTIONAL POLICES AND PRACTICES D

ROMAN GILLARY V. CITY OF RICHMOND - USE OF FORCE, POLICE POLICIES AND PRACTICES

DENNIS V. LOS ANGELES COUNTY - USE OF FORCE, POLICE POLICIES AND PRACTICES

SPIER V. CITY OF SAN LEANDRO - USE OF FORCE, POLICE POLICIES AND PRACTICES

JUAURI V. CITY OF GLENDALE - K-9 USE, TRAINING AND PSYCHOLOGY

KASPRZAK V. CONTRA COSTA COUNTY - USE OF FORCE, POLICE POLICIES AND PRACTICES

PETERSON V. SAN BERNADINO COUNTY - ARREST AND TRANSPORTATION OF PRISONERS, SEARCH AND SEIZURE

NURENBURG ACTION LEAGUE V. CONTRA COSTA COUNTY - USE OF FORCE, POLICE POLICIES AND PRACTICES

TOWNSEND V. SAN BERNADINO COUNTY - CONSENT SEARCH, NARCOTICS AND DANGEROUS DRUGS

HAROLD SMITH V. CITY OF LOS ANGELES - USE OF FORCE, POLICE POLICIES AND PRACTICES

JONES V. CITY OF BERKELEY - DEADLY FORCE, POLICE POLICIES AND PRACTICES

WARNICK V. CITY OF PLEASANT HILL - USE OF FORCE, POLICE POLICIES AND PRACTICES

SMITH V. CITY OF BERKELEY - ARREST, TRANSPORTATION, POLICE POLICIES AND PRACTICES

VIZZA V. CITY OF TRACY- WRONGFUL TERMINATION, LAWS OF ARREST, MIRANDA

ESPINOZA V. CITY OF PITTSBURG - USE OF FORCE, POLICE POLICIES AND PRACTICES

REYES V. LOS ANGELES COUNTY - USE OF FORCE, POLICE POLICIES AND PRACTICES D

DEVLIN V. CITY OF HUNTINGTON BEACH - WESTMINSTER - USE OF FORCE, POLICIES/PRACTICES

AMERSON V. CITY OF PITTSBURG - USE OF FORCE, POLICE POLICIES AND PRACTICES

CHRYSLER V CITY OF WEST COVINA - USE OF FORCE, POLICE POLICIES AND PRACTICES

HORNBERGER V CONTRA COSTA COUNTY - USE OF FORCE, POLICE POLICIES AND PRACTICES

SORCHINI V CITY OF COVINA - USE OF FORCE, POLICE POLICIES AND PRACTICES

EDMONSON V. RIVERSIDE - USE OF FORCE, POLICE POLICIES AND PRACTICES

SUBULSKY V CITY OF RIVERSIDE - USE OF FORCE, POLICE POLICIES AND PRACTICES (MAY, 1998)

BREWER V CITY OF NAPA - USE OF FORCE, POLICE POLICIES AND PRACTICES (JUNE ,1998)

VINE V CITY OF RICHMOND - USE OF FORCE, POLICE POLICIES AND PRACTICES (DECEMBER, 1998)

ESSICK V CITY OF OAKLAND - USE OF FORCE, DETENTION-STOP AND FRISK-POLICE POLICIES AND PRACTICES (APRIL 1999)

PARDO V CITY OF RIVERSIDE - USE OF FORCE, POLICE POLICIES AND PRACTICES (NOVEMBER 1999 & 2000)

CHAPMAN V COUNTY OF LOS ANGELES - USE OF FORCE, POLICE POLICIES AND PRACTICES (JULY 2000)

STATE OF OREGON V JOHN ROE- USE OF FORCE, DYNAMICS OF STRESS/FEAR (NOVEMBER ,2001)

MILLER V CLARK COUNTY WA- USE OF FORCE, POLICE TACTICS/PROCEDURES (MAY, 2002)

AMARILLAS V STANISLAUS COUNTY- USE OF FORCE, POLICE TACTICS/PROCEDURES (FEBRUARY, 2003)

JOHNSON V BUTTE COUNTY- USE OF FORCE, POLICE POLICY/PROCEDURES (OCTOBER, 2003)

STREETER V CITY OF OAKLAND -USE OF FORCE, POLICE POLICIES AND PRACTICES (OCTOBER, 2003)

PEOPLE V HARRIS/GALLEGOS -USE OF FORCE, POLICE POLICIES AND PRACTICES (DECEMBER, 2003) D

ABREGO V CITY OF BAKERSFIELD -USE OF FORCE, POLICE POLICIES AND PRACTICES (APRIL, 2004)

GRUNDY V CITY OF OAKLAND - POLICE POLICIES AND PRACTICES (OCTOBER, 2004)

## DEPOSITIONS PROVIDED

ADAMS V. CITY OF VALLEJO – LAW ENFORCEMENT POLICIES AND PROCEDURES
ADAMS V. STATE OF CALIFORNIA – USE OF FORCE, LAW ENFORCEMENT POLICIES AND PROCEDURES
ALLEN V. CONTRA COSTA COUNTY - USE OF FORCE, PROBABLE CAUSE
AMARILLAS V. STANISLAUS COUNTY SHERIFF - USE OF FORCE, POLICY AND PRACTICES
ARMENDARIZ V. CITY OF STOCKTON - USE OF FORCE, PROBABLE CAUSE, ARREST AND CONTROL
ARROYO V. PLACER COUNTY & DOJ - USE OF FORCE, PROBABLE CAUSE
AVILLA V. COUNTY OF LOS ANGELES - USE OF FORCE, PROBABLE CAUSE
BARI V. USA/CITY OF OAKLAND - SEARCH WARRANTS, PROBABLE CAUSE TO ARREST AND SEARCH
BECKWAY V. LAKE COUNTY – USE OF FORCE, POLICIES AND PRACTICES
BEECHAM V. CITY OF WEST SACRAMENTO - PROBABLE CAUSE, DISPLAY OF FORCE, HIGH RISK STOPS
BELL V. CITY OF WOODLAND – WRONGFUL TERMINATION, SEXUAL HARRASSMENT
BLANQUEL V. COUNTY OF LOS ANGELES -USE OF FORCE, POLICY AND PRACTICES
BORELIS V CHP– TRAFFIC ACCIDENT INVESTIGATION
BURNS V. CITY OF REDWOOD CITY -USE OF FORCE, POLICY AND PRACTICES
BURNS V. LAKE COUNTY -USE OF FORCE, POLICY AND PRACTICES
COLLINS V. CITY OF OAKLAND -USE OF FORCE, POLICY AND PRACTICES
CONTRERAS V. CITY OF BRENTWOOD - USE OF FORCE, POLICY AND PRACTICES
COREY V. PLUMAS COUNTY - POLICIES AND PROCEDURES, SEARCH WARRANT, USE OF FORCE
CORDOVA V. NEVADA CITY - POLICIES AND PROCEDURES, INVESTIGATIVE TECHNIQUES, MIRANDA
CROSLEY V. CITY OF PITTSBURG- POLICIES AND PROCEDURES, USE OF FORCE
CROWTHER V. WALGREEN STORES – USE OF FORCE
DENNY V. U.C. REGENTS - USE OF FORCE, RESTRAINT DEVICES, PROBABLE CAUSE
ELLIOT V. CITY OF TRACY - POLICIES AND PROCEDURES
ESPINOZA V. CONTRA COSTA COUNTY - USE OF FORCE, CONSENT SEARCH/NARCOTICS
ESSICK V. CITY OF OAKLAND - DETENTIONS, STOP & FRISK, LAWS OF ARREST
EVANS V. CONTRA COSTA COUNTY - ARREST/TRANSPORTATION PROCEDURES
FEE V. CALIFORNIA HIGHWAY PATROL - ARREST/TRANSPORTATION PROCEDURES
FLORES V UNION PACIFIC RAILROAD - HIRING STANDARDS, ACADEMIC PERFORMANCE
FULLER V. COUNTY OF LOS ANGELES - USE OF FORCE
FULLER V. CITY OF RICHMOND - USE OF FORCE, K-9, POLICIES & PRACTICES
GARCIA V. CITY OF STOCKTON - USE OF FORCE, POLICY AND PRACTICES
GILLAM V. COUNTY OF LOS ANGELES - USE OF FORCE, PROBABLE CAUSE
GIBSON V. WEST SACRAMENTO - IA INVESTIGATIONS, POLICY AND PRACTICES
GOODMAN V. HARRIS COUNTY TX - USE OF FORCE, K-9 POLICIES & PRACTICES, PROBABLE CAUSE
GORDON V. LYONS - DOG BEHAVIOR, K-9 TRAINING
GREWEL V. CITY OF TRACY & CITY OF LIVERMORE - VEHICLE PURSUIT POLICY
GUITERREZ V. SACRAMENTO COUNTY- POLICY AND PRACTICES
HARRINGTON V CITY OF NAPA - USE OF FORCE, LAW ENFORCEMENT POLICY AND PRACTICES
HARDIN V. CITY OF CONCORD - WRONGFUL TERMINATION, SEXUAL HARASSMENT
HARRINGTON V. CITY OF NAPA - USE OF FORCE, POLICIES & PRACTICES, PROBABLE CAUSE
HARRISON V. HARRIS COUNTY TX - USE OF FORCE, POLICIES & PRACTICES
HELTSLY V. CITY OF RICHMOND - USE OF FORCE, POLICIES & PRACTICES
HOPKINS V. CITY OF OAKLAND - USE OF FORCE, POLICIES AND PRACTICES, PROBABLE CAUSE
JOHNSON V. BUTTE COUNTY - USE OF FORCE, POLICY AND PRACTICES, PROBABLE CAUSE
JONES V CITY OF OAKLAND – USE OF FORCE, POLICE AND PRACTICES, PROBABLE CAUSE
KASPRZAK V. CONTRA COSTA COUNTY - USE OF FORCES, POLICE POLICIES AND PRACTICES
MEDINA V CITY OF MENLO PARK - USE OF FORCE, PROBABLE CAUSE, LE POLICY AND PRACTICES
MAGEE V CITY OF GRETNA - USE OF FORCE, PROBABLE CAUSE, LE POLICY AND PRACTICES
MARY DEVLIN V. HUNTINGTON BEACH AND WESTMINSTER - USE OF FORCE, TACTICS
MEDRANO V. HARRIS COUNTY TX - USE OF FORCE, POLICY AND PRACTICES
MCKAY V. CITY OF HAYWARD – ACCIDENTAL DOG BITE, USE OF FORCE, TACTICS
MILLER V. BUTTE COUNTY - USE OF FORCE, POLICY AND PRACTICES
MILLER V. CLARK COUNTY, WA - USE OF FORCE, POLICY AND PRACTICES
MUNOZGURGEN V. CITY OF WOODLAND - USE OF FORCE, POLICY AND PRACTICES
MURPHY V. CITY OF OAKLAND - USE OF FORCE, POLICY AND PRACTICES
MURRY V. CITY OF FREMONT/BART - POLICY AND PROCEDURES, PROBABLE CAUSE, USE OF FORCE
NOLAN/BUTLER V. SJ DELTA COLLEGE -USE OF FORCE, POLICY AND PRACTICES
NOLAN V. STATE OF CALIFORNIA – USE OF FORCE, SEARCH WARRANT SERVICE
PINASCO V. STATE OF CALIFORNIA – USE OF FORCE, POLICY AND PRACTICES
POSEY V. CITY OF OAKLAND - POLICY AND PROCEDURES, PROBABLE CAUSE, USE OF FORCE
PULICICCHIO V CITY OF TACOMA WA - USE OF FORCE, POLICY AND PRACTICES
RAMERIZ V COUNTY OF LOS ANGELES - POLICY AND PRACTICES, INVESTIGATION TECHNIQUES
ROSE V. STATE OF CALIFORNIA – LAW ENFORCEMENT POLICIES AND PROCEDURES, USE OF FORCE
RUTHA CARROLL V. HARRIS COUNTY, TX – LAW ENFORCEMENT POLICIES AND PROCEDURES, USE OF FORCE
SARA F. V. CITY OF BRENTWOOD - POLICY AND PRACTICES, INVESTIGATION TECHNIQUES
SEALS V. COUNTY OF LAKE – USE OF FORCE LE POLICY AND PRACTICES
SKALLERUD V. CITY OF PINOLE - USE OF FORCE, LE POLICY AND PRACTICES
SMITH V. CITY OF SAN LEANDRO - USE OF FORCE, PROBABLE CAUSE, POLICY/PRACTICES
SMITH V. CITY OF LAFAYETTE - USE OF FORCE, PROBABLE CAUSE
SALERNO V. STATE OF CALIFORNIA - USE OF FORCE, PROBABLE CAUSE, LE POLICY/PRACTICES

## DEPOSITIONS PROVIDED

**SOTELLO V. CITY OF FRESNO** - Use of Force, Probable cause, Arrest/Control
**TOWNSEND V. SAN BERNADINO COUNTY - ARREST/ENTRY, POLICY AND PRACTICES**
**TUATA v CITY OF ANCHORAGE, AK** - Use of Force, Policy and Practices
**VINES V. CITY OF RICHMOND** - Use of force, K-9 behavior, policy and practices
**WARNICK V. CITY OF PLEASANTHILL** - Use of Force, Arrest and Control
**WANDASCHNEIDER V. CITY OF OAKLAND** - probable cause, policies and practices
**WATKINS v DEPEE/State of California** - Use of Force, Policy and Practices
**WILLIAMS V. SAN PABLO** - Use of Force, Policy and Practices
**WARD V. Sutter County Sheriff** - probable cause, Policy and Practices
**VILAPONDO V. CITY OF SUISUN** - ECD deployment, policy and practices
**VIZZA V. CITY OF TRACY** - Wrongful Termination, Policy and Practices

## COURT CERTIFICATION AS AN EXPERT WITNESS

| | |
|---|---|
| HARRINGTON v CITY OF NAPA – LE POLICIES & PRACTICES (SEPTEMBER, 2005) | MURPHY v CITY OF OAKLAND – LE POLICIES & PRACTICES (DECEMBER, 2005) |
| RAMIREZ v CITY OF LOS ANGELES – PROBABLE CAUSE –LE POLICY & PRACTICES (FEBRUARY 2006) | VILLAPONDO v CITY OF SUISUN – LE POLICIES & PRACTICES - USE OF FORCE (MARCH 2006) |
| HARRISON v HARRIS COUNTY TX - LE POLICY & PRACTICES (FEBRUARY 2007) | POSEY v CITY OF OAKLAND - POLICE POLICIES & PRACTICES – USE OF FORCE (JUNE 2007) |
| WATKINS v LARRY DEPEE - CHP - LE POLICIES & PRACTICES – USE OF FORCE (JULY 2007) | HELTSLEY v CITY OF RICHMOND - LE PRACTICES, PROBABLE CAUSE, USE OF FORCE (AUGUST 2007) D |
| GOODMAN v HARRIS CO. TX - LE POLICIES & PRACTICES – USE OF FORCE (SEPTEMBER 2007) | NOLAN v STATE OF CALIFORNIA -USE OF FORCE, POLICE PRACTICES (MARCH, 2008) |
| BROWN v COUNTY OF KERN -USE OF FORCE, PROBABLE CAUSE POLICE POLICIES/PRACTICES (APRIL, 2008) | GONZALES v STATE OF CALIFORNIA -USE OF FORCE, PROBABLE CAUSE, POLICE PRACTICES (MARCH, 2008) D |
| ADAMS V STATE OF CALIFORNIA –PROBABLE CAUSE USE OF FORCE, LE POLICY & PRACTICES (JULY 2008) | ADAMS V STATE OF CALIFORNIA -USE OF FORCE, LE POLICIES/PRACTICES (JANUARY 2009) |
| MILLER v COUNTY OF BUTTE -USE OF FORCE, LE PRACTICES (JANUARY 2009) | BEECHAM v CITY OF WEST SACRAMENTO -USE OF FORCE, PROBABLE CAUSE, LE POLICIES & PRACTICES (APRIL 2009) |
| MINOR v STATE OF CALIFORNIA -USE OF FORCE, LE POLICY/PRACTICES (APRIL 2009) | FRIETAS v CITY OF PLEASANT HILL –PROBABLE CAUSE SUSPECT IDENTIFICATION, LE POLICIES / PRACTICES (APRIL 2009) |
| BARRERA v CITY OF OXNARD –PROBABLE CAUSE DEADLY FORCE, LE POLICIES/PRACTICES (AUGUST 2009) | MEDINA v CITY OF MENLO PARK –PROBABLE CAUSE SUSPECT IDENTIFICATION, LE POLICIES/PRACTICES (AUGUST 2009) |
| SAUCER v CITY OF OAKLAND –PROBABLE CAUSE LE POLICIES/PRACTICES (JUNE 2010) | SANDRA FEE v STATE OF CALIFORNIA –PROBABLE CAUSE LE POLICIES/PRACTICES (MAY 2010) |
| JACKSON V CITY OF PITTSBURG –USE OF FORCE, LE POLICIES & PRACTICES (JULY 2010) | MANESS v MUNICIPALITY OF ANCHORAGE, AK –USE OF FORCE, LE POLICIES & PRACTICES (NOV 2010) |
| HERBOLD v CITY OF RHONERT PARK –USE OF FORCE, LE POLICIES & PRACTICES (JANUARY 2011) | TUATA V CITY OF ANCHORAGE, AK –USE OF FORCE, LE POLICIES & PRACTICES (MARCH 2011) |
| SEALS V LAKE COUNTY, CA – USE OF FORCE, LE POLICIES & PRACTICES (June 2011) | GUITEIRREZ V SACRAMENTO COUNTY, CA POLICIES & PRACTICES (MARCH 2011) |
| BECKWAY V LAKE COUNTY CA –USE OF FORCE, LE POLICIES & PRACTICES (Jan 2011) | PINASCO V STATE OF CALIFORNIA –USE OF FORCE, LE POLICIES & PRACTICES (January 2011) |
| VALIAVICHARSKA V CELAYA/BENNETT–USE OF FORCE, LE POLICIES & PRACTICES (Jan 2011) | MONDELL V CITY OF SIMI VALLEY–USE OF FORCE, LE POLICIES & PRACTICES (April 2012) |
| ADAMS V CA /STATE PARKS –USE OF FORCE, LE POLICIES & PRACTICES (MAY 2011) | RUTHA CARROLL V HARRIS COUNTY – USE OF FORCE, LE POLICIES & PRACTICES (March 2013) |





The Dynamics of a Crisis





## Spotting a hidden handgun

### ASYMMETRICAL GAIT
A gun in a right-hand pocket or tucked into the right side of a waistband may hinder leg movement on that side, making the right stride shorter than the left.

A slightly clipped arm swing may also signal a hidden gun: the forearm on the gun side will tend to stay close to the body, instinctively guarding the weapon.

### UPPER BODY SHIFT
When approached from the front, a person with a hidden gun will instinctively turn the gun side of his body away from the person approaching, and may veer to that side to avoid a face-to-face encounter. He is also likely to pull his arm in toward his body on the gun side.



Short stride on gun side • RIGHT STRIDE — L R
Short arm swing on gun side • LEFT STRIDE — R L

### A QUICK ADJUSTMENT
A gun's weight is distributed unevenly, with more of its weight in the grip than in the barrel. Vertical motion — like descending stairs or stepping onto a curb — tends to shift the barrel upward. A quick, circular movement of the hand or forearm adjusts the gun's position.

Gun's original position in waistband • Weighted grip slips downward; barrel rises

HAND REPOSITIONS GUN

GUN HIDDEN UNDER JACKET

### RUNNING FROM THE RAIN
When running toward shelter from rain, or across a busy street, a person concealing a gun is likely to brace the weapon with an arm or hand.




### CONSPICUOUS CLOTHING
Garments worn to conceal weapons often appear odd, mismatched, or out of season, and can actually draw attention to a person trying to avoid scrutiny. A closer look may reveal movements or other characteristic signs of a hidden handgun.

**JACKET FITS UNEVENLY** One side hangs lower than the other, and swings like a pendulum with each step

**HAND RESTS ON GUN** Hand constantly feels for gun through clothing

**HOLSTER BULGES** A holstered gun appears as a lump when arms are extended or when the body bends at the waist

**STYLES DON'T MATCH** Oversized or mismatched coat seems incompatible with other clothing

**CLOTHES DON'T SUIT WEATHER** A coat is open in cold weather, for quick access to a gun... ...or closed in hot weather, to conceal one



Source: Robert T. Gallagher, former detective, Anti-Robbery Tactical Unit, New York City Police Department    Megan Jaegerman

# **WITNESS FEE SCHEDULE**

**ORIGINAL CLIENT CONSULTATION** $500.00

This fee may be charged upon initiating a case file, and includes the preliminary case review, oral and written assessment, use of library and research materials, fixed office costs and operating expenses.

**CASE REVIEW AND PREPARATION**       Hourly rate of $150 per hour

This basic hourly fee applies to all directed activities associated with case review, analysis, research, preparation and production of written reports, affidavits and declarations. Included in this category are:

      Review of case documents or exhibits
      Tactical debriefings or witness interviews
      Meetings, report writing or teleconferencing
      Production of documents, exhibits or displays
      Site surveys, photography or forensic analysis

**CASE PRESENTATION**
**Deposition Fee**       Hourly rate of $200 per hour

This basic hourly fee applies to all depositions, hearings, or court appearances whether waiting to testify or actual testimony, and is in compliance with Federal and State rules governing expert witnesses. This fee is separate and distinct from other fees, such as preparation and review of case materials, transcription and reproduction expenditures, travel costs to and from the deposition location, lodging and meals etc.

**DIRECTED TRAVEL**

All travel related expenses, including transportation, parking, bridge and taxi fares, insurance, lodgings, and meals will be billed at actual costs. Costs such as air fare may include insurance and/or messenger expenses associated with such purchases. Travel time and non-activity days away from my residence will be billed at an hourly rate. (Travel time will be waived for out of state contracts upon agreement between both parties)

**STATEMENT OF ACCOUNT**

Retainers are not generally required. Itemized billings, (Invoice for Services Rendered) will be prepared and submitted on a periodic basis consistent with the activities of the account as required under written agreement. Payment for services rendered is due upon receipt of a billing.