JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882

Attorneys for Plaintiff JASON DEOCAMPO
and Class-Members

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEOCAMPO, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>CITY OF VALLEJO,  a municipal corporation; ROBERT NICHELINI, individually and in his official capacity as Chief of Police for the CITY OF VALLEJO; G. MARCUS, individually and in his capacity as a police officer for the CITY OF VALLEJO; T. NICHOLS, individually and in his capacity as a police officer for the CITY OF VALLEJO; J. POTTS, individually and in his capacity as a police officer for the CITY OF VALLEJO; VALLEJO POLICE OFFICERS DOES 1-100, inclusive,<br><br>           Defendants.<br>_____ / | Case No. 2:07-CV-01348-JAM-EFB<br><br>**DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL AND REQUEST FOR SANCTIONS**<br><br>Date:  October 30, 2013<br>Time:  10:00 a.m.<br>Courtroom: 8<br><br>Honorable Edmund F. Brennan |

I, Benjamin Nisenbaum, hereby declare:

1.  I am the attorney of record for the Plaintiff. I am also designated, by this Court, as Lead Attorney to be Noticed in this matter. This declaration is submitted in support of Plaintiff's Opposition to Defendants' Motion to Compel and Request for Sanctions, in the above-captioned matter.

2.  Attached hereto as Exhibit A is a true and correct copy of the Docket Report in DeoCampo v. City of Vallejo, et al., case no. 2:07-CV-01348-JAM-EFB, pertaining to this matter.

3. Attached hereto as Exhibit B is a true and correct copy of the Docket Report from May 1, 2013 to September 15, 2013, in *DeoCampo et al., v. City of Vallejo, et al*., case no. 2:06-CV-01283-WBS-GGH, pertaining to this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my personal knowledge, except where stated on information and belief, and to those matters I am informed and believe them to be true. If called as a witness, I would competently testify to those matters stated herein.

Executed October 15, 2013, at Oakland, California.

/s/ Benjamin Nisenbaum
Benjamin Nisenbaum
Attorney for Plaintiff

DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL AND REQUEST FOR SANCTIONS
Case No. 2:07-CV-01348-JAM-EFB                                                                    2

1

2

3

UNITED STATES DISTRICT COURT

4

FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6

JASON DEOCAMPO, individually and on behalf of all others similarly situated,

7

Plaintiffs,

8

vs.

9

10

CITY OF VALLEJO,  a municipal corporation; ROBERT NICHELINI, individually and in his official capacity as Chief of Police for the CITY OF VALLEJO; G. MARCUS, individually and in his capacity as a police officer for the CITY OF VALLEJO; T. NICHOLS, individually and in his capacity as a police officer for the CITY OF VALLEJO; J. POTTS, individually and in his capacity as a police officer for the CITY OF VALLEJO; VALLEJO POLICE OFFICERS DOES 1-100, inclusive,

11

12

13

14

15

16

17

Defendants.

18

_____/

Case No. 2:07-CV-01348-JAM-EFB

**DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL AND REQUEST FOR SANCTIONS**

Date:  October 30, 2013
Time:  10:00 a.m.
Courtroom: 8

Honorable Edmund F. Brennan

19

20

21

22

23

24

25

# EXHIBIT A

26

27

28

DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL AND REQUEST FOR SANCTIONS
Case No. 2:07-CV-01348-JAM-EFB                                                                                    1

CIVIL

# U.S. District Court
## Eastern District of California – Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:07–cv–01348–JAM–EFB

Deocampo v. City of Vallejo et al
Assigned to: Judge John A. Mendez
Referred to: Magistrate Judge Edmund F. Brennan
Demand: $1,000,000
Cause: 28:1343 Violation of Civil Rights

Date Filed: 07/05/2007
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Jason Deocampo**                              represented by **Benjamin Nisenbaum**
Law Offices of John L. Burris
7677 Oakport Street
Suite 1120
Oakland, CA 94621
510–839–5200
Fax: 510–839–3882
Email: bnisenbaum@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burris**
Law Offices of John L Burris
7677 Oakport Street
Suite 1120
Oakland, CA 94621
510–839–5200
Fax: 510–839–3882
Email: john.burris@johnburrislaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Vallejo**                              represented by **Furah Z. Faruqui**
City of Vallejo
Office of City Attorney
555 Santa Clara Street
Vallejo, CA 94590
707–648–4545
Fax: 707–648–4687
Email: furah.faruqui@cityofvallejo.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan M. Cohen**
City Of Vallejo, City Attorney's Office
555 Santa Clara Street
Vallejo, CA 94590
707–648–4545
Fax: 707–648–4687
Email: acohen@ci.vallejo.ca.us
*TERMINATED: 01/28/2013*

**Alesia Francine Jones–Martin**
Vallejo City Attorneys Office
City Hall
555 Santa Clara Street
P O Box 3068
Vallejo, CA 94590

707–648–4545
Email: ajmartin@ci.vallejo.ca.us
*TERMINATED: 08/20/2008*

**Claudia M. Quintana**
Vallejo City Attorneys Office
City Hall
555 Santa Clara Street
P O Box 3068
Vallejo, CA 94590
707–648–4547
Fax: 707–648–4687
Email: cquintana@ci.vallejo.ca.us
*TERMINATED: 02/04/2009*

**Defendant**

**Chief Robert Nichelini**                represented by  **Furah Z. Faruqui**
*Chief of Police, City of Vallejo*                        (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Alan M. Cohen**
                                                          (See above for address)
                                                          *TERMINATED: 01/28/2013*

                                                          **Alesia Francine Jones–Martin**
                                                          (See above for address)
                                                          *TERMINATED: 08/20/2008*

                                                          **Claudia M. Quintana**
                                                          (See above for address)
                                                          *TERMINATED: 02/04/2009*

**Defendant**

**G Marcus**                              represented by  **Furah Z. Faruqui**
*Police Officer, CIty of Vallejo*                         (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Alan M. Cohen**
                                                          (See above for address)
                                                          *TERMINATED: 01/28/2013*

                                                          **Alesia Francine Jones–Martin**
                                                          (See above for address)
                                                          *TERMINATED: 08/20/2008*

                                                          **Claudia M. Quintana**
                                                          (See above for address)
                                                          *TERMINATED: 02/04/2009*

**Defendant**

**T Nichols**                             represented by  **Furah Z. Faruqui**
*Police Officer, City of Vallejo*                         (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Alan M. Cohen**
                                                          (See above for address)
                                                          *TERMINATED: 01/28/2013*

                                                          **Alesia Francine Jones–Martin**
                                                          (See above for address)

*TERMINATED: 08/20/2008*

**Claudia M. Quintana**
(See above for address)
*TERMINATED: 02/04/2009*

**Defendant**

**J Potts**
*Police Officer, City of Vallejo*

represented by **Furah Z. Faruqui**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan M. Cohen**
(See above for address)
*TERMINATED: 01/28/2013*

**Alesia Francine Jones–Martin**
(See above for address)
*TERMINATED: 08/20/2008*

**Claudia M. Quintana**
(See above for address)
*TERMINATED: 02/04/2009*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/05/2007 | 1 | CIVIL COVER SHEET by Jason Deocampo (Burris, John) (Entered: 07/05/2007) |
| 07/05/2007 | 2 | COMPLAINT *for Class Action &Individual Relief for Injuries and Violation of Civil Rights* against all defendants by Jason Deocampo. Attorney Burris, John L added.(Burris, John) Modified on 7/6/2007 (Marciel, M). (Entered: 07/05/2007) |
| 07/10/2007 | | RECEIPT number 202 18115 for $350.00 for filing fee from John L. Burris. (Kaminski, H) (Entered: 07/10/2007) |
| 07/10/2007 | 4 | SUMMONS ISSUED as to *City of Vallejo, Robert Nichelini, G Marcus, T Nichols, J Potts* with answer to complaint due within *20* days. Attorney *John L. Burris* *Attorney at Law* *7677 Oakport Street, Suite 1120* *Oakland, CA 94621*. (Kaminski, H) (Entered: 07/10/2007) |
| 07/10/2007 | 5 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Kaminski, H) (Entered: 07/10/2007) |
| 07/17/2007 | 6 | SUMMONS RETURNED EXECUTED by Jason Deocampo. City of Vallejo served on 7/12/2007, answer due 8/1/2007. (Burris, John) (Entered: 07/17/2007) |
| 07/17/2007 | 7 | SUMMONS RETURNED EXECUTED by Jason Deocampo. Robert Nichelini served on 7/12/2007, answer due 8/1/2007. (Burris, John) (Entered: 07/17/2007) |
| 07/17/2007 | 8 | SUMMONS RETURNED EXECUTED by Jason Deocampo. T Nichols served on 7/12/2007, answer due 8/1/2007. (Burris, John) (Entered: 07/17/2007) |
| 07/17/2007 | 9 | SUMMONS RETURNED EXECUTED by Jason Deocampo. G Marcus served on 7/12/2007, answer due 8/1/2007. (Burris, John) (Entered: 07/17/2007) |
| 07/17/2007 | 10 | SUMMONS RETURNED EXECUTED by Jason Deocampo. J Potts served on 7/12/2007, answer due 8/1/2007. (Burris, John) (Entered: 07/17/2007) |
| 07/27/2007 | 11 | ANSWER to COMPLAINT with Jury Demand by City of Vallejo, Robert Nichelini, G Marcus, T Nichols, J Potts. Attorney Jones–Martin, Alesia Francine added.(Jones–Martin, Alesia) (Entered: 07/27/2007) |
| 07/27/2007 | 12 | DECLINE to PROCEED BEFORE US MAGISTRATE JUDGE by City of Vallejo, Robert Nichelini, G Marcus, T Nichols, J Potts. (Jones–Martin, Alesia) (Entered: 07/27/2007) |

| 09/10/2007 | 13 | JOINT STATUS REPORT by City of Vallejo, Robert Nichelini, G Marcus, T Nichols, J Potts. (Jones–Martin, Alesia) (Entered: 09/10/2007) |
| 09/12/2007 | 14 | MINUTE ORDER: re 13 Status Report –Scheduling Conference set for 10/12/2007 at 10:00 AM in Visiting Judge (TBD) before Senior Judge Ronald S.W. Lew. (TEXT ONLY) (Vine, H) (Entered: 09/12/2007) |
| 10/12/2007 | 15 | MINUTES (Text Only) for proceedings held before Judge Ronald S.W. Lew: SCHEDULING CONFERENCE held on 10/12/2007. Discovery Cutoff by 7/31/2008. Dispositive Motion deadline by 8/15/2008. Pretrial Conference set for 10/24/2008 at 10:00 AM in Visiting Judge (TBD) before Senior Judge Ronald S.W. Lew. Plaintiffs Counsel Benjamin Nisenbaum present. Defendants Counsel Alesia Francine Jones–Martin present. Court Reporter: Sandra Von Haenel (Capitol Reporters). (Rivas, A) (Entered: 10/12/2007) |
| 11/09/2007 | 16 | INITIAL DISCLOSURE STATEMENT by Defendants City of Vallejo, Robert Nichelini, G Marcus, T Nichols, J Potts. (Jones–Martin, Alesia) Modified on 11/14/2007 (Reader, L). (Entered: 11/09/2007) |
| 12/12/2007 | 17 | STIPULATION and Proposed Order by City of Vallejo, Robert Nichelini, G Marcus, T Nichols, J Potts. (Jones–Martin, Alesia) Modified on 12/14/2007 (Kaminski, H). (Entered: 12/12/2007) |
| 12/12/2007 | 18 | STIPULATION and ORDER signed by Judge Ronald S.W. Lew on 12/12/07 regarding use of Vallejo Police Department records.(Anderson, J) (Entered: 12/12/2007) |
| 04/30/2008 | 19 | ORDER by Chief Judge Garland E. Burrell, Jr.; Due to the recent appointment of Judge John A. Mendez to the bench of the Eastern District, this action is REASSIGNED from Senior Judge Ronald S.W. Lew to Judge John A. Mendez for all further proceedings. (Esteves, C) (Entered: 04/30/2008) |
| 05/16/2008 | 20 | MINUTE ORDER: In view of the reassignment of this action to Judge John A. Mendez, the Final Pretrial Conference is reset for 10/31/2008 at 03:00 PM in Courtroom 6 (JAM) before Judge John A. Mendez. The parties joint pretrial statement shall be filed on or before 10/24/2008. Jury Trial is set for 12/15/2008 at 08:30 AM in Courtroom 6 (JAM) before Judge John A. Mendez. (TEXT ONLY) (Vine, H) (Entered: 05/16/2008) |
| 05/28/2008 | 21 | NOTICE of Automatic Stay by all defendants. (Attachments: # 1 Exhibit A)(Jones–Martin, Alesia) (Entered: 05/28/2008) |
| 08/14/2008 | 22 | MINUTE ORDER: In view of the notice of automatic stay entered on May 28, 2008, the court vacates all pending dates in this matter. (TEXT ENTRY ONLY) (Vine, H) (Entered: 08/14/2008) |
| 08/20/2008 | 23 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Claudia M Quintana for City of Vallejo, Robert Nichelini, G Marcus, T Nichols and J Potts, attorney Alesia Francine Jones–Martin terminated. (Quintana, Claudia) Modified on 8/22/2008 (Manzer, C). (Entered: 08/20/2008) |
| 02/04/2009 | 24 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Alan M. Cohen and Alan M. Cohen for City of Vallejo, Robert Nichelini, G Marcus, T Nichols and J Potts, attorney Claudia M. Quintana terminated (Cohen, Alan) (Entered: 02/04/2009) |
| 01/28/2013 | 25 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Furah Z. Faruqui for City of Vallejo, G Marcus, Robert Nichelini, T Nichols, J Potts, attorney Alan M. Cohen terminated. (Faruqui, Furah) Modified on 1/30/2013 (Zignago, K.). (Entered: 01/28/2013) |
| 02/13/2013 | 26 | NOTICE of Lifting Automatic Stay by all Defendants re 21 Notice of Automatic Stay. (Attachments: # 1 Exhibits A through C)(Faruqui, Furah) Modified on 2/15/2013 (Zignago, K.). (Entered: 02/13/2013) |
| 03/21/2013 | 28 | MINUTE ORDER: The parties shall file a joint status report on or before April 12, 2013. (Vine, H) (Entered: 03/21/2013) |

| 04/11/2013 | 29 | STATUS REPORT by City of Vallejo, G Marcus, Robert Nichelini, T Nichols, J Potts. (Faruqui, Furah) (Entered: 04/11/2013) |
|---|---|---|
| 04/15/2013 | 30 | STATUS (PRETRIAL SCHEDULING) ORDER signed by Judge John A. Mendez on 4/15/13: Discovery due by 12/13/2013. Designation of Expert Witnesses due by 10/11/2013. Dispositive Motions filed by 1/22/2014. Joint pretrial statement due no later than 7 days prior to Final Pretrial Conference set for 4/4/2014 at 10:00 AM in Courtroom 6 (JAM) before Judge John A. Mendez. Jury Trial set for 5/12/2014 at 09:00 AM in Courtroom 6 (JAM) before Judge John A. Mendez. (Manzer, C) (Entered: 04/15/2013) |
| 09/06/2013 | 31 | NOTICE OF MOTION to COMPEL Discovery Responses by City of Vallejo, G Marcus, Robert Nichelini, T Nichols, J Potts. Motion Hearing set for 10/9/2013 at 10:00 AM in Courtroom 8 (EFB) before Magistrate Judge Edmund F. Brennan. (Faruqui, Furah) Modified on 9/13/2013 (Reader, L). (Entered: 09/06/2013) |
| 09/06/2013 | 32 | MOTION to COMPEL *Discovery Responses and Request for Sanctions* by City of Vallejo, G Marcus, Robert Nichelini, T Nichols, J Potts. Motion Hearing set for 10/9/2013 at 10:00 AM in Courtroom 8 (EFB) before Magistrate Judge Edmund F. Brennan. (Attachments: #1 Declaration of Furah Z. Faruqui, #2 Exhibit A, #3 Exhibit B. Faruqui, #4 Exhibit C)(Faruqui, Furah) Modified on 9/13/2013 (Reader, L). (Entered: 09/06/2013) |
| 09/25/2013 | 33 | STIPULATION and PROPOSED ORDER for Extending Dates Regarding Defendants' Motion to Compel by Jason Deocampo. Attorney Nisenbaum, Benjamin added. (Nisenbaum, Benjamin) (Entered: 09/25/2013) |
| 09/27/2013 | 34 | MINUTE ORDER by CRD: The proposed Stipulation 33 is granted in part and denied in part. The Court grants the request to continue the motion, however the matter will be set for 10/30/2013 at 10:00 AM in Courtroom 8 (EFB) before Magistrate Judge Edmund F. Brennan. Pltf's response to Deft's motion will be due no later than 10/16/2013. (Text only entry) (Cannarozzi, N) (Entered: 09/27/2013) |
| 10/11/2013 | 35 | DESIGNATION/DISCLOSURE of EXPERT WITNESS by City of Vallejo, G Marcus, Robert Nichelini, T Nichols, J Potts. (Attachments: #1 Exhibit A)(Faruqui, Furah) (Entered: 10/11/2013) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DEOCAMPO, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

CITY OF VALLEJO,  a municipal corporation; ROBERT NICHELINI, individually and in his official capacity as Chief of Police for the CITY OF VALLEJO; G. MARCUS, individually and in his capacity as a police officer for the CITY OF VALLEJO; T. NICHOLS, individually and in his capacity as a police officer for the CITY OF VALLEJO; J. POTTS, individually and in his capacity as a police officer for the CITY OF VALLEJO; VALLEJO POLICE OFFICERS DOES 1-100, inclusive,

Defendants.

_____/

Case No. 2:07-CV-01348-JAM-EFB

**DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL AND REQUEST FOR SANCTIONS**

Date:  October 30, 2013
Time:  10:00 a.m.
Courtroom: 8

Honorable Edmund F. Brennan

# EXHIBIT B

DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL AND REQUEST FOR SANCTIONS
Case No. 2:07-CV-01348-JAM-EFB                                                                                       1

CIVIL,REOPENED

# U.S. District Court
## Eastern District of California – Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:06–cv–01283–WBS–CMK

| | |
|---|---|
| Deocampo, et al. v. City of Vallejo, et al. | Date Filed: 04/07/2006 |
| Assigned to: Senior Judge William B. Shubb | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Craig M. Kellison | Nature of Suit: 440 Civil Rights: Other |
| Demand: $300,000 | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**Jason Deocampo**   represented by   **Gayla B Libet**
Law Offices of Gayla B. Libet
486 41st Street
Suite 3
Oakland, CA 94609
510–839–5200
Email: glibet@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burris**
Law Offices of John L Burris
7677 Oakport Street
Suite 1120
Oakland, CA 94621
510–839–5200
Fax: 510–839–3882
Email: john.burris@johnburrislaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dewitt Marcellus Lacy**
The Law Offices of John L. Burris
7767 Oakport Street
Suite 1120
Oakland, CA 94621
510–839–5200
Fax: 510–839–3882
Email: dewitt.lacy@johnburrislaw.com
*ATTORNEY TO BE NOTICED*

**Pamela Y. Price**
Price and Associates
901 Clay Street
Oakland, CA 94607
510–452–0292
Fax: 510–452–5625
Email: pamela.price@pypesq.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jesus Sebastian Grant**   represented by   **Gayla B Libet**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Burris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dewitt Marcellus Lacy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pamela Y. Price**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jaquez Tyree Berry** | represented by | **Gayla B Libet**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John L. Burris**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Dewitt Marcellus Lacy**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Pamela Y. Price**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **City of Vallejo**<br>*a municipal corporation*<br>*TERMINATED: 07/24/2007* | represented by | **James Vincent Fitzgerald , III**<br>McNamara, Dodge, et al.<br>1211 Newell Avenue<br>Walnut Creek, CA 94596<br>925–939–5330<br>Fax: 925–930–5678<br>Email: james.fitzgerald@mcnamaralaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Noah Garrett Blechman**<br>McNamara, Dodge, et al.<br>1211 Newell Avenue<br>Walnut Creek, CA 94596<br>925–939–5330<br>Fax: 925–939–0292<br>Email: noah.blechman@mcnamaralaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Alesia Francine Jones–Martin**<br>Vallejo City Attorneys Office<br>City Hall<br>555 Santa Clara Street<br>P O Box 3068<br>Vallejo, CA 94590<br>707–648–4545<br>Email: ajmartin@ci.vallejo.ca.us<br>*TERMINATED: 08/20/2008* |
| | | **Claudia M. Quintana**<br>Vallejo City Attorneys Office<br>City Hall |

555 Santa Clara Street
P O Box 3068
Vallejo, CA 94590
707–648–4547
Fax: 707–648–4687
Email: cquintana@ci.vallejo.ca.us
*TERMINATED: 09/27/2006*

**Defendant**

**Robert Nichelini**
*in his capacity as Chief of Police for the
City of Vallejo*
*TERMINATED: 07/24/2007*

represented by **James Vincent Fitzgerald , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Garrett Blechman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alesia Francine Jones–Martin**
(See above for address)
*TERMINATED: 08/20/2008*

**Claudia M. Quintana**
(See above for address)
*TERMINATED: 09/27/2006*

**Defendant**

**Jason Potts**
*individually and in his capacity as a
Vallejo police officer*

represented by **Furah Z. Faruqui**
City of Vallejo
Office of City Attorney
555 Santa Clara Street
Vallejo, CA 94590
707–648–4545
Fax: 707–648–4687
Email: furah.faruqui@cityofvallejo.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Vincent Fitzgerald , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Garrett Blechman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petra Bruggisser**
McNamara Dodge Ney Beatty, et al.
1211 Newell Avenue
PO Box 5288
Walnut Creek, CA 94596–1288
925–939–5330
Fax: 925–939–0203
Email: petra.bruggisser@mcnamaralaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan M. Cohen**
City Of Vallejo, City Attorney's Office
555 Santa Clara Street
Vallejo, CA 94590

707–648–4545
Fax: 707-648–4687
Email: acohen@ci.vallejo.ca.us
*TERMINATED: 01/28/2013*

**Alesia Francine Jones–Martin**
(See above for address)
*TERMINATED: 08/20/2008*

**Claudia M. Quintana**
(See above for address)
*TERMINATED: 09/27/2006*

**Defendant**

| | | |
|---|---|---|
| **Jeremy Patzer**<br>*individually and in his capacity as a*<br>*Vallejo police officer* | represented by | **Alan M. Cohen**<br>(See above for address)<br>*TERMINATED: 01/28/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Furah Z. Faruqui**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Vincent Fitzgerald , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Garrett Blechman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petra Bruggisser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alesia Francine Jones–Martin**
(See above for address)
*TERMINATED: 08/20/2008*

**Claudia M. Quintana**
(See above for address)
*TERMINATED: 09/27/2006*

**Defendant**

| | | |
|---|---|---|
| **Eric Jensen**<br>*individually and in his capacity as a*<br>*Vallejo police officer* | represented by | **Alan M. Cohen**<br>(See above for address)<br>*TERMINATED: 01/28/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Furah Z. Faruqui**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Vincent Fitzgerald , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Jones**
Jones &Dyer
1800 J Street
Sacramento, CA 95811
916552–5959
Fax: 916–442–5959
Email: mjones@jonesdyer.com
*TERMINATED: 12/03/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Garrett Blechman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petra Bruggisser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alesia Francine Jones–Martin**
(See above for address)
*TERMINATED: 08/20/2008*

**Claudia M. Quintana**
(See above for address)
*TERMINATED: 09/27/2006*

**Kristen K. Preston**
Jones &Dyer
1800 J Street
Sacramento, ca 95811
916–552–5050 120
Fax: 916–442–5959
Email: kpreston@jonesdyer.com
*TERMINATED: 06/25/2013*

V.

**Unknown**

**Major Norton, III**                    represented by   **Michael E. Hansen**
Law Offices of Michael E. Hansen
711 Ninth Street
Ste. 100
Sacramento, CA 95814
(916) 438–7711
Fax: (916) 438–7721
Email: mhansen@criminal–defenses.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2013 | 82 | STIPULATION and PROPOSED ORDER to Dismiss certain claims by defendants. Attorney Blechman, Noah Garrett added. (Blechman, Noah) Modified on 5/9/2013 (Marciel, M) (Entered: 05/08/2013) |
| 05/09/2013 | 83 | STIPULATION and ORDER signed by Senior Judge William B. Shubb on 5/9/2013 DISMISSING, with prejudice, Plaintiffs due process claims under the Fifth Amendment in Plaintiffs First Cause of Action; DISMISSING, with prejudice, Plaintiffs excessive force claims under the Fifth and Fourteenth Amendments in Plaintiffs First Cause of Action; DISMISSING, with prejudice, |

| | | |
|---|---|---|
| | | Plaintiffs claims for violation of privacy under the Ninth Amendment in Plaintiffs First Cause of Action; DISMISSING, with prejudice, Plaintiffs claims for violation of Equal Protection under the Fourteenth Amendment in Plaintiffs First Cause of Action; DISMISSING, with prejudice, Plaintiffs claims for negligent infliction of emotional distress in Plaintiffs Sixth Cause of Action; ORDERING that each party bear their own fees and costs in relation to these dismissed claims.(Michel, G) (Entered: 05/09/2013) |
| 05/22/2013 | 84 | STIPULATION and PROPOSED ORDER for to Continue Pre−Trial Conference Pending Mediator's Proposal by Eric Jensen, Jeremy Patzer, Jason Potts. (Blechman, Noah) (Entered: 05/22/2013) |
| 05/23/2013 | 85 | AMENDED STIPULATION and Proposed Order to Continue Pre−trial Conference Pending Mediator's Proposal by Defendants. Attorney Fitzgerald, James Vincent added. (Fitzgerald, James) Modified on 5/24/2013 (Kastilahn, A). (Entered: 05/23/2013) |
| 05/23/2013 | 86 | STIPULATION and ORDER 84 signed by Senior Judge William B. Shubb on 5/23/2013 continuing the Pretrial Conference from 6/24/2013 to 7/8/2013 at 02:00 PM in Courtroom 5 (WBS) before Senior Judge William B. Shubb, and is subject to the same filing deadlines and requirements per prior Pretrial Order in this case. The trial date of August 6, 2013 remains unchanged. (Kirksey Smith, K) (Entered: 05/23/2013) |
| 05/24/2013 | 87 | AMENDED STIPULATION and ORDER 85 signed by Senior Judge William B. Shubb on 5/24/2013 continuing the Pretrial Conference from 6/24/2013 to 7/8/2013 at 02:00 PM in Courtroom 5 (WBS) before Senior Judge William B. Shubb, and the deadlines and requirements per the prior Pretrial Orders of the Court now correspond to the new Pre−trial Conference date. The trial date of 8/6/2013 remains unchanged. (Kirksey Smith, K) (Entered: 05/24/2013) |
| 06/17/2013 | 88 | MOTION to WITHDRAW as ATTORNEY by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant. Motion Hearing set for 7/29/2013 at 02:00 PM in Courtroom 5 (WBS) before Senior Judge William B. Shubb. (Attachments: # 1 Proposed Order)(Burris, John) (Entered: 06/17/2013) |
| 06/19/2013 | 89 | MOTION to SHORTEN TIME for Motion to Withdraw as Counsel of Record for Plaintiffs by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant. (Burris, John) (Entered: 06/19/2013) |
| 06/19/2013 | 90 | DECLARATION of John L. Burris in SUPPORT OF 89 MOTION to SHORTEN TIME for Motion to Withdraw as Counsel of Record for Plaintiffs(Attachments: # 1 Stipulation and Proposed Order)(Burris, John) Modified on 6/20/2013 (Manzer, C). (Entered: 06/19/2013) |
| 06/20/2013 | 91 | ORDER GRANTING 89 MOTION to SHORTEN TIME to hear Motion to Withdraw as Counsel of Record for Plaintiffs, signed by Senior Judge William B. Shubb on 6/20/2013: The hearing on the 88 MOTION to WITHDRAW as ATTORNEY is reset for 6/24/2013 at 02:00 PM in Courtroom 5 (WBS) before Senior Judge William B. Shubb. Plaintiffs Jason Eugene DeOcampo, Jesus Sebastian Grant, and Jaquezs Tyree Berry, are hereby ORDERED to personally appear at the hearing. (Kirksey Smith, K) (Entered: 06/20/2013) |
| 06/24/2013 | 92 | MINUTES (Text Only) for proceedings held before Senior Judge William B. Shubb: MOTION HEARING held on 6/24/2013 re 88 Plaintiffs' Counsel's MOTION to WITHDRAW as ATTORNEY. 2:15 PM: Court confers with plaintiffs' counsel and plaintiffs in camera, outside presence of defense counsel. 2:36 PM: Defense counsel returns. Court confers with counsel. 2:39 PM: Court again confers with plaintiffs' counsel and plaintiffs in camera, outside presence of defense counsel. 2:44 PM: Defense counsel returns. Court DENIES plaintiffs' counsel's motion and shall prepare and issue a separate order. Court extends leave for plaintiffs to file their pretrial statement no later than 6/27/2013; defendants shall file their pretrial statement no late rthan 7/3/2013. Plaintiffs Counsel John Burris present. Defendants Counsel Noah Blechman present. Court Reporter: Kathy Swinhart. (Kirksey Smith, K) (Entered: 06/24/2013) |

| 06/25/2013 | 93 | ORDER signed by Senior Judge William B. Shubb on 6/24/13 ORDERING for the reasons stated by the court at the hearing, IT IS HEREBY ORDERED that plaintiffs' counsel's motion to withdraw be, and the same hereby is, DENIED. (Becknal, R) (Entered: 06/25/2013) |
| --- | --- | --- |
| 06/25/2013 | 94 | NOTICE of Disassociation of Counsel by Eric Jensen. (Preston, Kristen) (Entered: 06/25/2013) |
| 06/27/2013 | 95 | PRETRIAL CONFERENCE STATEMENT by plaintiffs. (Attachments: # 1 plaintiffs' Witness List, # 2 plaintiffs' Exhibit List) (Burris, John) Modified on 6/28/2013 (Marciel, M) (Entered: 06/27/2013) |
| 06/27/2013 | 96 | EXHIBIT LIST by plaintiffs. (Burris, John) Modified on 6/28/2013 (Marciel, M) (Entered: 06/27/2013) |
| 06/27/2013 | 97 | WITNESS LIST by plaintiffs. (Burris, John) Modified on 6/28/2013 (Marciel, M) (Entered: 06/27/2013) |
| 06/28/2013 | 98 | EXHIBIT LIST AMENDED by Jason Deocampo.(Burris, John) (Entered: 06/28/2013) |
| 06/28/2013 | 99 | Plaintiffs' AMENDED WITNESS LIST.(Burris, John) Modified on 7/1/2013 (Mena−Sanchez, L). (Entered: 06/28/2013) |
| 07/03/2013 | 100 | PRETRIAL STATEMENT by Defendants Eric Jensen, Jeremy Patzer, Jason Potts.(Blechman, Noah) (Entered: 07/03/2013) |
| 07/08/2013 | 101 | MINUTES (Text Only) for proceedings held before Senior Judge William B. Shubb: PRETRIAL CONFERENCE held on 7/8/2013. Court confers with counsel re the parties' pretrial statements, remaining claims, trial procedures, motions in limine, jury selection and trial scheduling. Upon motion by plaintiffs, Court dismisses certain claims as noted on the record. Court and counsel estimate the trial to be *5 to 7 days. Court orders that trial shall not be bifurcated. Court to issue separate pretrial order. Plaintiffs Counsel John Burris present. Defendants Counsel Noah Blechman, James Fitzgerald present. Court Reporter: Kathy Swinhart. (Kirksey Smith, K) *Modified on 7/8/2013 (Kirksey Smith, K). (Entered: 07/08/2013) |
| 07/08/2013 | 102 | PRETRIAL ORDER signed by Senior Judge William B. Shubb on 7/8/2013: The trial is set for 8/6/2013 at 9:00 a.m. in Courtroom No. 5. The court estimates that the trial will last approximately five to seven days. To accommodate plaintiffs' counsel, the court will not be in session on 8/14/2013, unless Mr. Burris informs the court that a recess on that date is no longer necessary. Any objections or suggested modifications to this Pretrial Order shall be filed and served within five court days from the file−stamped date of this Order. All references herein to the date of this Order shall refer to the date the tentative order is filed and not to the date any amended order is filed. If no objections or modifications are made, this Order will become final without further order of the Court and shall control the subsequent course of the action, pursuant to Rule 16(e) of the Federal Rules of Civil Procedure. (Counsel shall refer to the attached order for more detailed information and filing deadlines.) (Kirksey Smith, K) (Entered: 07/08/2013) |
| 07/17/2013 | 103 | DEPOSITION TRANSCRIPT of Excerpts taken on from 2007. (Burris, John) (Entered: 07/17/2013) |
| 07/18/2013 | 104 | STIPULATION and Proposed Order to Remove Documents From the E−Filing System and Court Files by Eric Jensen, Jeremy Patzer, Jason Potts. (Blechman, Noah) (Entered: 07/18/2013) |
| 07/23/2013 | 105 | PROPOSED VOIR DIRE by Eric Jensen, Jeremy Patzer, Jason Potts.(Blechman, Noah) (Entered: 07/23/2013) |
| 07/23/2013 | 106 | TRIAL BRIEF by Eric Jensen, Jeremy Patzer, Jason Potts.(Blechman, Noah) (Entered: 07/23/2013) |
| 07/23/2013 | 107 | PROPOSED JURY INSTRUCTIONS by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant.(Burris, John) (Entered: 07/23/2013) |

| 07/23/2013 | 108 | PROPOSED VERDICT submitted by Plaintiffs Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant.(Burris, John) (Entered: 07/23/2013) |
|---|---|---|
| 07/23/2013 | 109 | PROPOSED VOIR DIRE by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant.(Burris, John) (Entered: 07/23/2013) |
| 07/23/2013 | 110 | TRIAL BRIEF by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant.(Burris, John) (Entered: 07/23/2013) |
| 07/23/2013 | 111 | NOTICE of APPEARANCE by Dewitt Marcellus Lacy on behalf of Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant. Attorney Lacy, Dewitt Marcellus added. (Lacy, Dewitt) (Entered: 07/23/2013) |
| 07/23/2013 | 112 | TRIAL BRIEF by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant.(Lacy, Dewitt) (Entered: 07/23/2013) |
| 07/23/2013 | 113 | SECOND AMENDED WITNESS LIST by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant.(Lacy, Dewitt) Modified on 7/24/2013 (Reader, L). (Entered: 07/23/2013) |
| 07/23/2013 | 114 | EXHIBIT LIST by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant.(Lacy, Dewitt) (Entered: 07/23/2013) |
| 07/23/2013 | 115 | UPDATED DEPOSITION EXCERTS of Major Norton III, Carolyn Stanford, David Matthews, Thelma Freeman, Valery Smith taken on 06/06/2004, 05/30/2007, 07/03/2007, 07/02/2007. (Lacy, Dewitt) Modified on 7/24/2013 (Reader, L). (Entered: 07/23/2013) |
| 07/25/2013 | 116 | Plaintiffs' AMENDED [PROPOSED] JURY INSTRUCTIONS.(Burris, John) Modified on 7/26/2013 (Mena−Sanchez, L). (Entered: 07/25/2013) |
| 07/25/2013 | 117 | Plaintiffs' [PROPOSED] form of VERDICT.(Burris, John) Modified on 7/26/2013 (Mena−Sanchez, L). (Entered: 07/25/2013) |
| 07/26/2013 | 118 | PROPOSED JURY INSTRUCTIONS by Eric Jensen, Jeremy Patzer, Jason Potts.(Blechman, Noah) (Entered: 07/26/2013) |
| 07/26/2013 | 119 | OBJECTIONS by Defendants Eric Jensen, Jeremy Patzer, Jason Potts to 107 Proposed Jury Instructions. (Blechman, Noah) (Entered: 07/26/2013) |
| 07/26/2013 | 120 | OBJECTIONS by Defendants Eric Jensen, Jeremy Patzer, Jason Potts to 117 Proposed Verdict. (Blechman, Noah) (Entered: 07/26/2013) |
| 07/26/2013 | 121 | APPLICATION for *Writ of Habeas Corpus Ad Testificandum to allow Major Norton, III to testify as witness* by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant. (Attachments: # 1 Proposed Order)(Burris, John) Modified on 7/30/2013 (Reader, L). (Entered: 07/26/2013) |
| 07/26/2013 | 122 | EVIDENTIARY OBJECTIONS by Eric Jensen, Jeremy Patzer, Jason Potts to 103 Designation of Depositions and Interrogatories. (Blechman, Noah) Modified on 7/30/2013 (Reader, L). (Entered: 07/26/2013) |
| 07/29/2013 | 123 | OBJECTIONS by Defendants Eric Jensen, Jeremy Patzer, Jason Potts to 109 Proposed Voir Dire. (Blechman, Noah) (Entered: 07/29/2013) |
| 07/29/2013 | 124 | OBJECTIONS by Defendants Eric Jensen, Jeremy Patzer, Jason Potts to 112 Trial Brief. (Blechman, Noah) (Entered: 07/29/2013) |
| 07/29/2013 | 125 | PLAINTIFFS' THIRD AMENDED WITNESS LIST by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant: Amended 113 Witness List. (Burris, John) Modified on 7/29/2013 (Kirksey Smith, K). (Entered: 07/29/2013) |
| 07/29/2013 | 126 | PLAINTIFFS' AMENDED DEPOSITION EXCERPTS AND DEFENDANTS' RESPONSES TO INTERROGATORY EXCERPTS by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant: Amended 115 Deposition Transcript. (Burris, John) Modified on 7/29/2013 (Kirksey Smith, K). (Entered: 07/29/2013) |
| 07/30/2013 | 127 | ORDER AND WRIT OF HABEAS CORPUS AD TESTICANDUM signed by Senior Judge William B. Shubb on 7/30/2013 ORDERING 121 the United States Marshal for the EDCA and the Sacramento County Sheriff commanding to bring |

| | | |
|---|---|---|
| | | the body of Major Norton, III to appear in court, before the Honorable William B. Shubb, in Courtroom 5, 14th Floor, Sacramento, CA, beginning on 8/7/2013 through and including 8/9/2013 at 9:00 AM, each day and at the termination of trial each daay to retun to the Sacramento County Main Jail. (Hand Deliver to USM, SCJ USPS)(Reader, L) (Entered: 07/30/2013) |
| 07/30/2013 | | SERVICE BY MAIL: 127 Order, served on Major Norton, III. (Reader, L) (Entered: 07/30/2013) |
| 07/31/2013 | 128 | MOTION to QUASH *SUBPOENA* by Major Norton, III. Motion Hearing set for 8/5/2013 at 02:00 PM in Courtroom 5 (WBS) before Senior Judge William B. Shubb. (Attachments: # 1 Declaration of Counsel)(Hansen, Michael) (Entered: 07/31/2013) |
| 07/31/2013 | 129 | OBJECTIONS to Proposed Form of Verdict by Plaintiffs Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant to 120 Objections. (Lacy, Dewitt) Modified on 8/2/2013 (Reader, L). (Entered: 07/31/2013) |
| 07/31/2013 | 130 | OBJECTIONS to Proposed Jury Instructions by Plaintiffs Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant to 118 Proposed Jury Instructions. (Lacy, Dewitt) Modified on 8/2/2013 (Reader, L). (Entered: 07/31/2013) |
| 08/01/2013 | 131 | REQUEST and Proposed Order *to appear telephonically* by Eric Jensen, Jeremy Patzer, Jason Potts re 128 MOTION to QUASH *SUBPOENA* filed by Major Norton, III. (Blechman, Noah) Modified on 8/2/2013 (Reader, L). (Entered: 08/01/2013) |
| 08/02/2013 | 132 | DEFENDANTS' EXHIBIT LIST by Eric Jensen, Jeremy Patzer, Jason Potts.(Blechman, Noah) Modified on 8/5/2013 (Kaminski, H). (Entered: 08/02/2013) |
| 08/02/2013 | 133 | OBJECTIONS by Defendants Eric Jensen, Jeremy Patzer, Jason Potts to 114 Exhibit List. (Blechman, Noah) (Entered: 08/02/2013) |
| 08/02/2013 | 134 | ORDER signed by Senior Judge William B. Shubb on 8/2/2013 GRANTING 131 Defendants' Counsel's Request to appear by telephone at the 8/5/2013 2:00 PM motion. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call. (Kirksey Smith, K) (Entered: 08/02/2013) |
| 08/02/2013 | 135 | TRANSCRIPT of Pre–trial Conference held on July 8, 2013, before Senior Judge William B. Shubb, filed by Court Reporter Kathy Swinhart, Phone number 916–446–1347 E–mail kswinhartcsr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may also be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 8/23/2013. Redacted Transcript Deadline set for 9/3/2013. Release of Transcript Restriction set for 10/31/2013. (Swinhart, K) (Entered: 08/02/2013) |
| 08/03/2013 | 136 | THIRD AMENDED WITNESS LIST by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant.(Lacy, Dewitt) Modified on 8/5/2013 (Kaminski, H). (Entered: 08/03/2013) |
| 08/03/2013 | 137 | PLAINTIFFS' AMENDED EXHIBIT LIST by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant.(Burris, John) Modified on 8/5/2013 (Kaminski, H). (Entered: 08/03/2013) |
| 08/05/2013 | 138 | MINUTES (Text Only) for proceedings held before Senior Judge William B. Shubb: MOTION HEARING held on 8/5/2013 re 128 Witness Major Norton, III's MOTION to QUASH *SUBPOENA*. Counsel argue. Court orders ruling on motion held inabeyance pending testimony entered at time of trial. Court orders Mr. Hansen and Mr. Blechman to confer re witness Norton's testimony, as discussed on the record. Court confers with trial counsel re jury voir dire. Plaintiffs Counsel John Burris, Dewitt Lacy present. Defendants Counsel Noah Blechman present. Witness Counsel Michael Hansen present. Court Reporter: Kelly O'Halloran. (Kirksey Smith, K) (Entered: 08/05/2013) |

| | | |
|---|---|---|
| 08/06/2013 | 139 | CERTIFICATE of SERVICE by Jason Deocampo. (Burris, John) (Entered: 08/06/2013) |
| 08/06/2013 | 140 | MINUTES (Text Only) for proceedings held before Senior Judge William B. Shubb: JURY TRIAL (Day 1) held on 8/6/2013. Jury impaneled and sworn. Plaintiffs and Defendants make opening statements. Court admonishes jury. Jury Trial continued to 8/7/2013 at 09:00 AM in Courtroom 5 (WBS) before Judge William B. Shubb. Plaintiffs Counsel John Burris, Dewitt Lacy present. Defendants Counsel Noah Blechman, Petra Bruggisser present. Court Reporter: Kelly OHalloran. (Kirksey Smith, K) (Entered: 08/06/2013) |
| 08/07/2013 | 141 | MINUTES for proceedings held before Senior Judge William B. Shubb: JURY TRIAL (Day 2) held on 8/7/2013. Witnesses are called and sworn to testify. Exhibits are identified and admitted into evidence. Jury Trial continued to 8/8/2013 at 09:00 AM in Courtroom 5 (WBS) before Judge William B. Shubb. (See document for further details.) Plaintiffs Counsel John Burris, Dewitt Lacy present. Defendants Counsel Noah Blechman, Petra Bruggisser present. Court Reporter: Kelly O'Halloran. (Kirksey Smith, K) (Entered: 08/07/2013) |
| 08/08/2013 | 142 | MINUTES for proceedings held before Senior Judge William B. Shubb: JURY TRIAL (Day 3) held on 8/8/2013. Witnesses are called and sworn to testify. Exhibits are identified and admitted into evidence. Jury Trial continued to 8/9/2013 at 09:00 AM in Courtroom 5 (WBS) before Judge William B. Shubb. (See document for further details.) Plaintiffs Counsel John Burris, Dewitt Lacy present. Defendants Counsel Noah Blechman, Petra Bruggisser present. Court Reporter: Diane Shepard. (Kirksey Smith, K) (Entered: 08/08/2013) |
| 08/09/2013 | 143 | MINUTES for proceedings held before Senior Judge William B. Shubb: JURY TRIAL (Day 4) held on 8/9/2013. Witnesses are called and sworn to testify. Exhibits are identified and admitted into evidence. Jury Trial continued to 8/13/2013 at 09:00 AM in Courtroom 5 (WBS) before Judge William B. Shubb. (See document for further details.) Plaintiffs Counsel John Burris, Dewitt Lacy present. Defendants Counsel Noah Blechman, Petra Bruggisser present. Court Reporter: Kelly OHalloran. (Kirksey Smith, K) (Entered: 08/09/2013) |
| 08/12/2013 | 144 | TRANSCRIPT of Opening Statement by Mr. Burris held on 8/6/13, before Senior Judge William B. Shubb, filed by Court Reporter Kelly OHalloran, Phone number 916–448–2712 E–mail kohalloran@comcast.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may also be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 9/3/2013. Redacted Transcript Deadline set for 9/12/2013. Release of Transcript Restriction set for 11/12/2013. (O'Halloran, K) (Entered: 08/12/2013) |
| 08/12/2013 | 145 | TRANSCRIPT of Proceedings, Testimony of Jaquezs Tyree Berry, held on August 8, 2013, before Senior Judge William B. Shubb, filed by Court Reporter Diane Shepard, Phone number 916–554–7460 E–mail diane.shepard@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 9/3/2013. Redacted Transcript Deadline set for 9/12/2013. Release of Transcript Restriction set for 11/12/2013. (Shepard, D) (Entered: 08/12/2013) |
| 08/12/2013 | 146 | MOTION IN LIMINE to Exclude Testimony from Plaintiffs' Expert Roger Clark by Eric Jensen, Jeremy Patzer, Jason Potts. (Blechman, Noah) Modified on 8/13/2013 (Meuleman, A). (Entered: 08/12/2013) |
| 08/12/2013 | 147 | DECLARATION of Noah G. Blechman in SUPPORT OF 146 MOTION IN LIMINE to Exclude Testimony from Plaintiffs' Expert Roger Clark. (Blechman, Noah) Modified on 8/13/2013 (Meuleman, A). (Entered: 08/12/2013) |
| 08/13/2013 | 148 | MINUTES for proceedings held before Senior Judge William B. Shubb: JURY TRIAL (Day 5) held on 8/13/2013. Witnesses are called and sworn to testify. Exhibits are identified and admitted into evidence. Jury Trial continued to 8/14/2013 at 09:00 AM in Courtroom 5 (WBS) before Judge William B. Shubb. |

| | | Court holds ruling on 146 Defendants' Motion in Limine to Exclude Testimony of Roger Clark in abeyance pending evidence entered at time of trial. (See document for further details.) Plaintiffs Counsel John Burris, Dewitt Lacy present. Defendants Counsel Noah Blechman, Petra Bruggisser present. Court Reporter: Kelly OHalloran. (Kirksey Smith, K) (Entered: 08/13/2013) |
|---|---|---|
| 08/13/2013 | 152 | JURY INSTRUCTIONS by Jason Deocampo. (Reader, L) (Entered: 08/15/2013) |
| 08/14/2013 | 149 | MINUTES (Text Only) for proceedings held before Senior Judge William B. Shubb: JURY TRIAL (Day 6) held on 8/14/2013. Witness is called and sworn to testify. Exhibits identified. Jury Trial continued to 8/15/2013 at 09:00 AM in Courtroom 5 (WBS) before Judge William B. Shubb. Plaintiffs Counsel John Burris, Dewitt Lacy present. Defendants Counsel Noah Blechman, Petra Bruggisser present. Court Reporter: Kelly OHalloran. (Kirksey Smith, K) (Entered: 08/14/2013) |
| 08/14/2013 | 150 | PROPOSED SPECIAL JURY INSTRUCTIONS by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant.(Lacy, Dewitt) Modified on 8/15/2013 (Reader, L). (Entered: 08/14/2013) |
| 08/14/2013 | 151 | SUPPLEMENTAL BRIEF on Proposed Jury Instruction by Eric Jensen, Jeremy Patzer, Jason Potts. (Blechman, Noah) Modified on 8/15/2013 (Reader, L). (Entered: 08/14/2013) |
| 08/15/2013 | 153 | MINUTES for proceedings held before Senior Judge William B. Shubb: JURY TRIAL (Day 7) held on 8/15/2013. Witnesses are called and sworn to testify. Exhibits are identified and admitted into evidence. Jury Trial continued to 8/16/2013 at 09:00 AM in Courtroom 5 (WBS) before Judge William B. Shubb. (See document for further details.) Plaintiffs Counsel John Burris, Dewitt Lacy present. Defendants Counsel Noah Blechman, Petra Bruggisser present. Court Reporter: Kelly OHalloran. (Kirksey Smith, K) (Entered: 08/15/2013) |
| 08/16/2013 | 154 | MINUTES for proceedings held before Senior Judge William B. Shubb: JURY TRIAL (Day 8) held on 8/16/2013. Witnesses are called and sworn to testify. Exhibits are identified and admitted into evidence. Plaintiffs and Defendants rest. Jury excused and ordered to return on 8/20/2013 at 9:00 a.m. Plaintiffs move to dismiss certain claims as to certain defendants (as noted on the record). Court rules on Defendants' Rule 50 Motions (as noted on the record). Court confers with counsel re jury instructions and verdict form. Jury Trial continued to 8/19/2013 at 03:00 PM in Courtroom 5 (WBS) before Judge William B. Shubb. (See document for further details.) Plaintiffs Counsel John Burris, Dewitt Lacy present. Defendants Counsel Noah Blechman, Petra Bruggisser present. Court Reporter: Kelly OHalloran. (Kirksey Smith, K) (Entered: 08/16/2013) |
| 08/19/2013 | 155 | DEFENDANTS' REQUEST for Instruction on Probable Cause To Arrest Plaintiff . (Blechman, Noah) Modified on 8/20/2013 (Becknal, R). (Entered: 08/19/2013) |
| 08/19/2013 | 156 | MINUTES (Text Only) for proceedings held before Senior Judge William B. Shubb: JURY TRIAL (Day 9) held on 8/19/2013. Court and counsel finalize the jury instructions and verdict forms. Jury Trial continued to 8/20/2013 at 09:00 AM in Courtroom 5 (WBS) before Senior Judge William B. Shubb. laintiffs Counsel John Burris, Dewitt Lacy present. Defendants Counsel Noah Blechman present. Court Reporter: Kelly O'Halloran. (Kirksey Smith, K) (Entered: 08/19/2013) |
| 08/20/2013 | 157 | MINUTES (Text Only) for proceedings held before Senior Judge William B. Shubb: JURY TRIAL (Day 10) held on 8/20/2013. Counsel present closing arguments. Court instructs jury. (Jury instructions filed today.) Bailiff sworn. Jury retires. Counsel and courtroom deputy review admitted exhibits to go to jury during deliberations. Counsel agree to the return of exhibits and sign the Receipt for Exhibits form (filed today). Jury Trial continued to 8/21/2013 at 09:00 AM in Courtroom 5 (WBS) before Judge William B. Shubb for further deliberations. (Lodged depositions returned to counsel.) Plaintiffs Counsel John Burris, Dewitt Lacy present. Defendants Counsel Noah Blechman, Petra Bruggisser present. Court Reporter: Kelly O'Halloran. (Kirksey Smith, K) (Entered: 08/20/2013) |
| 08/20/2013 | 161 | RECEIPT for all exhibits identified and admitted during trial. (Becknal, R) (Entered: 08/23/2013) |

| | | |
|---|---|---|
| 08/20/2013 | 162 | JURY INSTRUCTIONS Given. (Becknal, R) (Entered: 08/23/2013) |
| 08/21/2013 | 158 | MINUTES (Text Only) for proceedings held before Senior Judge William B. Shubb: JURY TRIAL (Day 11) held on 8/21/2013. Jury resumes deliberations. Jury Trial continued to 8/22/2013 at 09:00 AM in Courtroom 5 (WBS) before Senior Judge William B. Shubb. Plaintiffs Counsel Dewitt Lacy present. Defendants Counsel Noah Blechman, Petra Bruggisser present. Court Reporter: Kelly O'Halloran. (Kirksey Smith, K) (Entered: 08/21/2013) |
| 08/22/2013 | 159 | MINUTES (Text Only) for proceedings held before Senior Judge William B. Shubb: JURY TRIAL (Day 12) held on 8/22/2013. Jury resumes deliberations. Filed Jury Note #1. Trial continued to 8/23/2013 at 09:00 AM in Courtroom 5 (WBS) before Judge William B. Shubb for further deliberations. Plaintiffs Counsel Dewitt Lacy present. Defendants Counsel Noah Blechman, Petra Bruggisser present. Court Reporter: Kelly O'Halloran. (Kirksey Smith, K) (Entered: 08/22/2013) |
| 08/22/2013 | 163 | JURY NOTE 1: A device to play the CD/DVR, in the exhibit book. (Becknal, R) (Entered: 08/23/2013) |
| 08/23/2013 | 160 | MINUTES for proceedings held before Senior Judge William B. Shubb: JURY TRIAL (Day 13) completed on 8/23/2013. Jury resumes deliberations. Filed Jury Note #2. VERDICTS RETURNED, READ AND FILED. Jurors are excused from this action. Counsel stipulate to the return of exhibits. (Filed Exhibit Lists, Witness lists, Verdict Forms.) Plaintiffs Counsel Dewitt Lacy present. Defendants Counsel Noah Blechman, Petra Bruggisser present. Court Reporter: Kelly O'Halloran. (Attachments: # 1 Plaintiffs' Exhibit List, # 2 Defendants' Exhibit List, # 3 Plaintiffs' Witness List, # 4 Defendants' Witness List) (Kirksey Smith, K) (Entered: 08/23/2013) |
| 08/23/2013 | 164 | JURY NOTE 2: The Jury has Reached an Unanimous Verdict. (Becknal, R) (Entered: 08/23/2013) |
| 08/23/2013 | 165 | JURY VERDICT as to Jason Deocampo (Attachments: # 1 Verdict as Jesus Grant, # 2 Verdict as to Jaquezs Berry)(Becknal, R) (Entered: 08/23/2013) |
| 08/23/2013 | 166 | JUDGMENT dated *8/23/13* pursuant to Jury Verdict issued on 8/23/13. (Becknal, R) (Entered: 08/23/2013) |
| 09/06/2013 | 167 | BILL of COSTS SUBMITTED by Eric Jensen, Jeremy Patzer, Jason Potts. (Blechman, Noah) (Entered: 09/06/2013) |
| 09/06/2013 | 168 | MEMORANDUM by Eric Jensen, Jeremy Patzer, Jason Potts in Support of re 167 Bill of Costs Submitted filed by Eric Jensen, Jason Potts, Jeremy Patzer. (Blechman, Noah) (Entered: 09/06/2013) |
| 09/06/2013 | 169 | DECLARATION of Noah G. Blechman re 167 Bill of Costs Submitted. (Blechman, Noah) (Entered: 09/06/2013) |
| 09/06/2013 | 170 | STIPULATION and PROPOSED ORDER for Enlargement of Time to File Motion for the Award of Attorneys' Fees by Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant. (Lacy, Dewitt) (Entered: 09/06/2013) |
| 09/07/2013 | 171 | BILL of COSTS SUBMITTED by Jason Deocampo. (Attachments: # 1 Declaration of DeWitt M. Lacy)(Lacy, Dewitt) Modified on 9/9/2013 (Zignago, K.). (Entered: 09/07/2013) |
| 09/07/2013 | 172 | MEMORANDUM by Jason Deocampo in SUPPORT OF re 171 Bill of Costs Submitted filed by Jason Deocampo. (Lacy, Dewitt) (Entered: 09/07/2013) |
| 09/11/2013 | 173 | STIPULATION and ORDER signed by Senior Judge William B. Shubb on 9/11/13 ORDERING that the time for Plaintiffs to file a Motion for Attorneys' fees, and any hearing on the Attorneys' fees Motion is CONTINUED. Any Motion for Attorneys' fees filed by Plaintiffs shall be filed and heard consistent with the briefing schedule noted in the Stipulation of the parties. The hearing on any such Motion is SET for 2/10/2014 at 02:00 PM in Courtroom 5 (WBS) before Senior Judge William B. Shubb.(Mena–Sanchez, L) (Entered: 09/11/2013) |

| 09/13/2013 | 174 | OBJECTIONS to 171 Bill of Costs Submitted by Defendants Eric Jensen, Jeremy Patzer, Jason Potts. (Blechman, Noah) Modified on 9/18/2013 (Michel, G). (Entered: 09/13/2013) |
|---|---|---|
| 09/13/2013 | 175 | OBJECTIONS to 167 Bill of Costs Submitted by Plaintiffs Jaquez Tyree Berry, Jason Deocampo, Jesus Sebastian Grant. (Lacy, Dewitt) Modified on 9/18/2013 (Michel, G). (Entered: 09/13/2013) |