**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**By:     FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, G. MARCUS, T. NICHOLS and J. POTTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JASON DEOCAMPO,<br><br>                   Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO; ROBERT NICHELINI; G. MARCUS; T. NICHOLS; J. POTTS; and DOES 1-100, inclusive,<br><br>                   Defendants. | Case No.  2:07-CV-01348-JAM-EFB<br><br>**DECLARATION OF FURAH Z. FARUQUI AND CERTIFICATION OF MEET AND CONFER EFFORTS [FRCP 37]**<br><br>**Date:**         October 30, 2013<br>**Time:**        10:00 a.m.<br>**Location:**   Courtroom 8<br>**Assigned:**  Hon. Edmund F. Brennan |

    I, FURAH Z. FARUQUI, declare:

    1.    I am a licensed attorney duly admitted to practice law in this court and attorney of record for the City of Vallejo.  I make this declaration from personal knowledge and would testify competently as follows:

    2.    On May 22, 2013, I caused my staff to serve Written Interrogatories and Requests for Production of Documents on Plaintiff.  The purpose of this discovery was to obtain basic information regarding Plaintiff's claims and damages.  A true and correct copy of the Written

1  Interrogatories is attached hereto as Exhibit A.  A true and correct copy of the Request for
2  Production of Documents is attached hereto as Exhibit B.

3      3. I did not receive any responses to this discovery from Plaintiff before the deadline
4  of June 26, 2013.

5      4. On July 23, 2013, my office sent a letter to Plaintiff requesting that parties meet
6  and confer regarding discovery and further asked Plaintiff to reply no later than August 2, 2013.
7  A true and correct copy of this request is attached hereto as Exhibit C.

8      5. As of the date of this motion, no discovery responses have been received.

9      6. I have expended five hours in research and preparation of the Motion to Compel.
10 I expect to expend an additional six hours in appearing and arguing the motion.  My time is
11 billed at the rate of $200.00 per hour and total attorneys' fees and costs incurred as a result of the
12 preparation and appearance for the motion will be $2,200.00.  Therefore, a total award of
13 sanctions in the sum of $2,200.00 is requested.

14     I declare under penalty of perjury under the laws of the State of California that the
15 foregoing is true and correct.

17 DATED:  October 22, 2013                      Respectfully submitted,

19                                         */s/ - Furah Z. Faruqui*
20                                         FURAH Z. FARUQUI
                                        Deputy City Attorney
21                                         Attorney for Defendants,
                                        CITY OF VALLEJO, ROBERT NICHELINI,
22                                         G. MARCUS, T. NICHOLS and J. POTTS

**Case No2:07-CV-01348-JAM-EFB**                          **DECLARATION OF FURAH Z. FARUQUI AND CERTIFICATION OF MEET AND CONFER EFFORTS [FRCP 37]**

-2-