1 | JOHN L. BURRIS, Esq./ State Bar #69888
2 | BENJAMIN NISENBAUM, Esq./State Bar #222173
  | LAW OFFICES OF JOHN L. BURRIS
3 | Airport Corporate Centre
  | 7677 Oakport Street, Suite 1120
4 | Oakland, California 94621
  | Telephone:  (510) 839-5200
5 | Facsimile:   (510) 839-3882

6 | Attorneys for Plaintiff JASON DEOCAMPO
  | and Class-Members

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEOCAMPO, individually and on behalf of all others similarly situated, | Case No. 2:07-CV-01348-JAM-EFB |
| Plaintiffs, | **NOTICE OF STIPULATED DISMISSAL AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, individually and in his official capacity as Chief of Police for the CITY OF VALLEJO; G. MARCUS, individually and in his capacity as a police officer for the CITY OF VALLEJO; T. NICHOLS, individually and in his capacity as a police officer for the CITY OF VALLEJO; J. POTTS, individually and in his capacity as a police officer for the CITY OF VALLEJO; VALLEJO POLICE OFFICERS DOES 1-100, inclusive, | |
| Defendants.                             / | |

## **STIPULATION**

THE PARTIES TO THE ABOVE-ENTITLED ACTION hereby stipulate to dismissal of the instant-action with prejudice, each side bearing their own fees and costs.

The parties request the Court vacate and take off-calendar the motion to compel set for

October 30, 2013 at 10:00 a.m., the matter being moot.

    IT IS SO STIPULATED.

Dated:  10/28/13                                     **THE LAW OFFICES OF JOHN L. BURRIS**

    /s/*Benjamin Nisenbaum*_____
Benjamin Nisenbaum
Attorney for Plaintiff DEOCAMPO
and Class Members

Dated:  10/28/13                                     **VALLEJO CITY ATTORNEY'S OFFICE**

    /s/*Furah Z. Faruqui*_____
Furah Z. Faruqui
Deputy City Attorney
Attorney for Defendants
CITY OF VALLEJO, ROBERT NICHELINI
G. MARCUS, T. NICHOLS, and J. POTTS

# (PROPOSED) ORDER

PURSUANT TO STIPULATION, the instant action is hereby dismissed with prejudice, each side bearing their own fees and costs.

The motion to compel set for October 30, 2013 at 10:00 a.m. is hereby vacated.

**IT IS SO ORDERED.**

DATED:_____

JOHN A. MENDEZ
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE                3