JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiff JASON DEOCAMPO
and Class-Members

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEOCAMPO, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, individually and in his official capacity as Chief of Police for the CITY OF VALLEJO; G. MARCUS, individually and in his capacity as a police officer for the CITY OF VALLEJO; T. NICHOLS, individually and in his capacity as a police officer for the CITY OF VALLEJO; J. POTTS, individually and in his capacity as a police officer for the CITY OF VALLEJO; VALLEJO POLICE OFFICERS DOES 1-100, inclusive,<br><br>            Defendants.<br>_____ / | Case No. 2:07-CV-01348-JAM-EFB<br><br>**NOTICE OF STIPULATED DISMISSAL AND ~~(PROPOSED)~~ ORDER OF DISMISSAL WITH PREJUDICE** |

### **STIPULATION**

THE PARTIES TO THE ABOVE-ENTITLED ACTION hereby stipulate to dismissal of the instant-action with prejudice, each side bearing their own fees and costs.

The parties request the Court vacate and take off-calendar the motion to compel set for

October 30, 2013 at 10:00 a.m., the matter being moot.

    IT IS SO STIPULATED.

Dated:  10/28/13                                                   **THE LAW OFFICES OF JOHN L. BURRIS**


                                                       /s/*Benjamin Nisenbaum*_____
                                                       Benjamin Nisenbaum
                                                       Attorney for Plaintiff DEOCAMPO
                                                       and Class Members

Dated:  10/28/13                                                   **VALLEJO CITY ATTORNEY'S OFFICE**


                                                       /s/*Furah Z. Faruqui*_____
                                                       Furah Z. Faruqui
                                                       Deputy City Attorney
                                                       Attorney for Defendants
                                                       CITY OF VALLEJO, ROBERT NICHELINI
                                                       G. MARCUS, T. NICHOLS, and J. POTTS

# ORDER

PURSUANT TO STIPULATION, the instant action is hereby dismissed with prejudice, each side bearing their own fees and costs.

The motion to compel set for October 30, 2013 at 10:00 a.m. before Magistrate Judge Brennan is hereby vacated.

**IT IS SO ORDERED.**

DATED: October 28, 2013                    /s/ John A. Mendez
                                                          JOHN A. MENDEZ
                                                          UNITED STATES MAGISTRATE JUDGE